# EXHIBIT A

| NOTICE OF NEXT EVENT | DOCKET NUMBER<br>1656SC002504 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|
| **CASE NAME** Moriamo L Ababio v. Joseph, Dodd & Erin dba Eliot Community Human Services, Inc. | | |
| ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED<br>Joseph, Dodd & Erin dba Eliot Community Human Services, Inc.<br>186 Bedford Street<br>Lexington, MA 02420 | COURT NAME & ADDRESS<br>Quincy District Court<br>One Dennis Ryan Pkwy<br>Quincy, MA 02169 | |
| NEXT COURT EVENT<br>**Magistrate Hearing**<br><br>12/28/2016 at 01:30 PM<br>**Small Claims Magistrate Session** | JUDGE OR MAGISTRATE (if already assigned) | |
| ^^^   COUNSEL FOR ALL PARTIES (OR PRO SE PARTY)   ^^^<br>MUST APPEAR ON THE DATE & TIME SHOWN ABOVE | | |

**TO THE PARTIES TO THIS CASE:**

The nature, date and time of the next scheduled event concerning this case is indicated above.

**You are required to be present at this event.**

If you have good reason to request the Court to reschedule this event for another date, such request must be made by motion in accordance with the applicable court rule. Please note that the granting of a continuance is not automatic even when all the parties agree.

**Further Orders of the Court.**

| DATE ISSUED<br>November 16, 2016 | CLERK-MAGISTRATE<br>Arthur H Tobin | |
|---|---|---|

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. 16SC204 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

**PART 1:** ☐ BOSTON MUNICIPAL COURT  ☑ DISTRICT COURT Quincy Division  ☐ HOUSING COURT ___ Division

**PART 2:** PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Moriamo Linda Asabio
71 Hancock St apt 6
Braintree MA 02184
PHONE NO: 857 251 5064

PLAINTIFF'S ATTORNEY (if any):
Name: N/A
Address: N/A
PHONE NO: N/A    BBO NO:

**PART 3:** DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
Eliot Community Human Services Inc
186 Bedford St Lexington MA 02420
PHONE NO: (781) 861-0890

ADDITIONAL DEFENDANT (if any):
Name: Joseph Dodd Eran
Address: Same
PHONE NO: Same

**PART 4:** PLAINTIFF'S CLAIM. The defendant owes $1,500.00 plus $ (court costs) court costs for the following reasons: Give the date of the event that is the basis of your claim. Court filing fees that would be incurred

See Attachment

SIGNATURE OF PLAINTIFF X [signature]    DATE 11/16/2016

**PART 5:** MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☑ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6:** MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☑ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X [signature]    SIGNATURE OF PLAINTIFF    DATE 11/16/2016

**NOTICE OF TRIAL**
NOTICE TO DEFENDANT: You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

FIRST JUSTICE: Mark S. Coven    CLERK-MAGISTRATE OR DESIGNEE: [signature]

NAME AND ADDRESS OF COURT:

DATE AND TIME OF TRIAL: 12-28-16 AT 1:30
ROOM NO.

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

INSTRUCTIONS FOR FILING A SMALL CLAIM. You must complete Parts 1-6 of this form. See instructions on reverse.
DC-SC-1 (10/09)    ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

On the 31st of January 2016 i was about 8 months pregnant on my way to work i became ill luckily for me i had my fiance behind the wheels he recognized the situation i was in so he took action he parked the car on the road size and attended to me throughout my pregnancy i had complication coupled with the fact that i have chronic health issues that interfered with my pregnancy. The company was made aware of both facts before i got hired with the Company few years back i provided them with my doctor notes and continued to update them on it as required. When i became pregnant with my second child i also informed them with doctors notes which also stated to accommodate me during my pregnancy due to my health issues. on the night of January 31st of 2016 i was in the car on my way to work as usual when i became ill i was supposed to be at work at 9 p.m but i was on the side of the road serious sick when a call came in at 9.21 p.m from the on-call to find out why i was not at work yet my fiance pick the call and spoke to the on-call that i was ill and that it was an emergency so i was not able to make it to work that evening.

The on-call reported it as a no call no show to the company which was not true i have never done a no call no show before ever working for this company which they knew off. I visited my doctor for follow up since i was better i gave the doctors note to the company on meeting with them few days later while the union was present they demanded for my personal phone record to prove where i was i gave it to them but said they needed to see the cell pin point tower which was new to me never heard of it for the years i ve worked in the country. The phone company refused to provide it to their customers i found out unless it was ordered by a judge i was informed. i informed the company but they made me sign a paper releasing my consent to obtain the record so i signed for it because i knew where i was on that day to prove them wrong.

There was an understanding that back then between myself and company with the present of the union that i would be paid if it was determind that i was on the road to work as i claimed. So the company suspended me without pay for more than a month while i await the record to be released and i continued to ask the union to return to work and for the wages lost during my suspension. the union continued to inform me that Joeseph Dodd [Human resources head supervisor]said it takes longer to get the information need for the cell record. I was eventually allowed to return to work but then i had my baby.

I became very ill after the birth of my child so i was put on medical leave of absence by my doctor until i become better. My doctors notes were given to the company but they terminated my employment with them while i was on medically leave of absent.