# EXHIBIT B

AGREEMENT

Between

ELIOT COMMUNITY HUMAN SERVICES, INC.

and

LOCAL 509, SEIU

July 1, 2014 — June 30, 2017

TABLE OF CONTENTS

PREAMBLE .................................................. 5

ARTICLE 1 – RECOGNITION .................................. 5

ARTICLE 2 – MANAGEMENT RIGHTS ........................... 7

ARTICLE 3 – PROBATIONARY PERIOD ......................... 7

ARTICLE 4 – UNION ACTIVITIES ............................ 8
      New Employees/Program changes ................... 8
      Union Security .................................. 9
      Voluntary Dues Deduction ........................ 9
      Union Representative ............................ 10
      Union Steward ................................... 10
      Union Activities on ECHS Premises ............... 11
      Lobby Days. . . . . . . . . . . . . . . . . . . .11
      Bulletin Boards ................................. 12

ARTICLE 4A – COPE DEDUCTION ..............................12

Article 5 – NON-DISCRIMINATION ..........................12

ARTICLE 6 – HOURS OF WORK/STAFFING PATTERNS .............13
      Work Schedule ................................... 13
      Overtime, Forced Extra Shifts, Call-in's.............14
      Staffing Patterns ............................... 16

ARTICLE 7 – SENIORITY ................................... 16
      Seniority ....................................... 16
      Loss of Seniority and Employment Rights ......... 16
      Reemployment in Good Standing ................... 17
      New Program Seniority ...........................17
      Seniority Comparisons. . . . . . . . . . . . . . .18
      Relief Seniority. . . . . . . . . . . . . . . . .18

ARTICLE 8 – JOB OPENINGS ................................ 19
      Postings ........................................ 19
      Selection ....................................... 19
      Transfers . . . . . . . . . . . . . . . . . . . .20

ARTICLE 9 – REDUCTION IN FORCE .......................... 20
      Layoffs ......................................... 20
      Selection of Affected Positions ................. 20
      Voluntary Layoff ................................ 20
      Selection of Affected Employee .................. 20

```
      Bumping .......................................22
      Benefits of Laid Off Employees ...............  22
      Miscellaneous ................................  22
      Recall .......................................  22


ARTICLE 10 - HOLIDAYS ............................  23
      Holidays Observed ............................  23


ARTICLE 11 - VACATION ............................25


ARTICLE 12 - SICK LEAVE ..........................  28
      Accumulation of Sick Leave ...................  28
      Use ..........................................  29
      Notification .................................  29
      Sick Leave Buy Back...........................  ..30
      Verification .................................  30
      Fitness for Duty .............................  30


ARTICLE 13 - LEAVES ..............................  31
      Non-medical ..................................  31
      Family/Medical Leave .........................32
      Medical Leaves................................  34
      Maternity Leave...............................  35
      Paternity Leave...............................35
      Workers Compensation Leave . . . . . . . . . .36
      Bereavement Leave ............................  36
      Jury Duty Leave ..............................  36
      Military Leave ...............................  37
      Employment Elsewhere During a Leave ..........37
      Reinstatement Upon Expiration of Leave .......37


ARTICLE 14 - DISCIPLINE ..........................37


ARTICLE 15 - GRIEVANCE AND ARBITRATION ...........38
      Grievance ....................................38
      Informal Discussions .........................38
      Grievance Procedure ..........................38
      Arbitration Procedure ........................39


ARTICLE 16 - PROFESSIONAL RESPONSIBILITIES .......41
      Confidentiality of Information ...............41
      Private Practice .............................41


ARTICLE 17 - PERSONNEL FILES .....................41


ARTICLE 18 - EMERGENCY CLOSING ...................41
```

ARTICLE 19 - HEALTH AND SAFETY ........................42

ARTICLE 20 - LABOR-MANAGEMENT COMMITTEE ................43

ARTICLE 21 - INSURANCE ...............................43
        Health Maintenance Organization ..............43
        Dental Insurance ............................44
        Reimbursement pool ..........................44
        Life Insurance ..............................45
        Long Term Disability ........................45
        Short-Term Disability .......................45
        Dependent Care ..............................46
        Employee Assistance Program .................46
        Tuition Reimbursement .......................46
        401(K) Retirement plan              47

ARTICLE 22 - CLINIC SERVICE EXPECTATIONS .............48
        Productive Time. . . . . . . . . . . . . . . .48
        Fee-for-Service Clinicians. . . . . . . . . . 49
        Fee-For-Service and group therapy pay rates ....51
        Early Intervention . . . . . . . . . . . . . .52

ARTICLE 23 - NO STRIKES AND LOCKOUTS .................52

ARTICLE 24 - TEMPORARY TRANSFERS .....................53

ARTICLE 25 - CLASSIFICATION/COMPENSATION .............54
        Seniority Bonus .............................55
        Payment of Wages ............................55
        Bilingual Pay. . . . . . . . . . . . . . . . .56


ARTICLE 26 - COMPLETENESS OF AGREEMENT ...............56

ARTICLE 27 - MISCELLANEOUS ...........................57
        Dignity and Respect .........................58

ARTICLE 28 - CONTRACT SAVINGS CLAUSE .................59

ARTICLE 29 - SUCCESSORSHIP ...........................59

ARTICLE 30 - EFFECTIVE DATE AND DURATION .............59

APPENDIX A  ................................................. 60
    Entry Level Salaries  ................................ 60

APPENDIX B  ................................................. 61
    SUPPORT STAFF  ...................................... 61

APPENDIX C ................................................. 62
    Punch-in's, Call-in's, overnight policies  .......... 62

APPENDIX D................................................. 64
    FORCED OVERTIME ................................... 64

APPENDIX E................................................. 65
    SECTION 125 REIMBURSEMENT ...................... 65

SIDELETTER (SINGLE BARGAINING UNIT) ..................... 66

PREAMBLE

Agreement entered into this 1st day of July 2014 by and between
ELIOT COMMUNITY HUMAN SERVICES, INC. (hereinafter referred to as
"ECHS") and the Local 509, Service Employees International
Union,(hereinafter referred to as the "Union").

The purpose of this Agreement is to set forth rates of pay,
hours of work and other terms and conditions of employment for
employees in the bargaining unit represented by the Union and to
assure an efficient operation and high standards of service by
promoting a harmonious relationship between the Union and ECHS.
Neither this preamble nor its contents shall be subject to the
arbitration provisions of this Agreement.

## Article 1 - Recognition

## Section 1.1.

All full-time and regular part-time employees who work eight (8)
or more hours/week and all relief employees who work an average
of four (4) hours or more per week employed by the ECHS at its
locations, but excluding:

The President, Sr. Vice President, Vice President of Finance,
Vice President of Human Resources, Vice President of Mental
Health and Homeless Services, , Vice President of Youth
Programming, Vice-President of Ambulatory Services, Vice
President of Development and Specialized Services, Director of
Human Resources, Director of Workforce Development, Director
of Real Estate, Director of Investigations, HR Benefits
Representative, HR Operations Coordinator, HR Representative,
HR Training Coordinator, Director of Contracts Management,
Contract Billing Specialist, Controller, Business Manager,
Director of Facilities, Facility Managers, Division Directors,
Assistant Division Directors, Director of Nursing, Clinical
Directors, Assistant Clinical Directors, Director of Quality
Assurance MH, Medical Director, Billing Manager, Assistant
Billing Manager, Senior Clinical Supervisor, Director of
Nutritional Services, Director of Housing, Information
Technology Director, Assistant Director of Information
Technology, Regional Directors, Regional Managers, Service
Directors, Team Leaders, Team Managers, Program Managers,
Assistant Program Managers, Employment Supports Manager,

Program Directors, Assistant Program Directors, Program Supervisors, Recruiting Coordinator, Clinical Coordinator, Program Coordinator, Residential Coordinators , Office Managers, Executive Assistants (confidential), Third Party Specialists, Staff Accountants (confidential), Payroll Manager, Accounts Payable Specialists, Accounts Receivable Specialists, Representative Payees, managerial employees, confidential employees, guards and supervisors as defined in the Act.

Section 1.2.

A.   Regular full-time employees are those employees who are employed in a classification covered by this Agreement who are scheduled to work at least forty (40) hours per week on a regular and continuous basis.

B.   Regular part-time employees are those employees who are employed in a classification covered by this Agreement who are regularly scheduled to work eight (8) hours or more per week but less than forty (40) hours per week on a regular and continuous basis.

C.   Relief employees are employees who work on an as needed basis.

D.   In the event a relief employee refuses or fails to respond to all requests to work over any 4 month period, such employee shall be considered to have voluntarily resigned.

Section 1.3. Exclusions from this Agreement shall include:

A.   Any employees, except relief employees as described above, who are employed for under eight (8) hours per week shall not be part of the bargaining unit.

B.   All temporary employees who are hired for a period of not more than six (6) months. If a temporary employee is hired to perform the work of an employee who is out on an extended leave of absence, then the temporary employee may be hired for up to one (1) year. All employees hired on a temporary basis shall be informed at the time of hire that employment is for such a limited period.

C.   All employees of the Commonwealth of Massachusetts, if covered under another collective bargaining agreement.

## ARTICLE 2 – MANAGEMENT RIGHTS

The Union recognizes the right of ECHS to operate and manage ECHS. All rights and authority of ECHS are retained by ECHS, except to the extent that such rights are specifically and explicitly modified by the express provisions of this Agreement. No such rights or authority shall be deemed waived or modified unless the waiver or modification is in writing and signed by ECHS and the Union. The exercise of the management rights set forth herein shall not be subject to the grievance and arbitration provisions of this Agreement, except as to the reasonableness of the action taken with respect to mandatory subjects of bargaining and/or unless exercised so as to directly contravene another specific section of this Agreement.

## ARTICLE 3 – PROBATIONARY PERIOD

Section 3.1.  Any newly-hired employee shall be a probationary employee for a period of six (6) months. A newly hired relief employee shall be a probationary employee for a period of six (6) months or 520 hours worked whichever comes later.  During his/her probationary period, a probationary employee may be disciplined or discharged without regard to just cause, and neither the employee nor the Union shall have any recourse to the grievance and arbitration procedure.  While on probation, employees are eligible for accrued paid sick leave days.  Upon completion of four (4) months of service, the original date of hire of an employee shall be used to compute his/her benefits.

Section 3.2.  In the event that a newly hired employee is absent from work during said probationary period, the probationary period shall be extended by the number of days that the employee is absent. If the employee's absence is as a result of an extenuating circumstance, the employee will receive up to a three (3) day grace period prior to his/her probationary period being extended.

Section 3.3.  An employee who severs his/her employment with ECHS must serve an additional probationary period upon reemployment whether in the same or a different job title.

## Section 3.4

A. In the event a relief employee who has completed his/her probationary period becomes a regular employee he/she shall complete a new 90 day special probationary period.   During this special probationary period the employer may transfer the employee back to relief status and neither the employee nor the Union shall have any recourse to the grievance and arbitration procedure however for any other disciplinary action the employee shall not be considered to be on probation and shall have access to the grievance and arbitration procedure.

B.   In the event a relief employee who has not completed his/her probationary period becomes a regular employee, he/she shall complete a six (6) month probationary period as described in 3.1 above.   Time worked as a relief staff will be credited toward fulfillment of the probationary period according to the following formula:   8 hours worked = 1 day; 5 days = 1 week.

## ARTICLE 4 – UNION ACTIVITIES

### Section 4.1. New Employees/Program Changes.

A.   ECHS shall provide the following information to the Union on a monthly basis with respect to new hires:   name, address if supplied to ECHS, date of hire, job title, and starting rate of pay. It will also notify the Union of any terminations on a monthly basis.

B.   ECHS will advise all new employees in the bargaining unit at the time of their employment that the Union is their collective bargaining representative and provide the name of the steward, and Union staffer assigned to ECHS, to the employee, if known to ECHS.

C. A representative from the Union will meet with bargaining unit employees during Agency New Staff Orientation. The union will be provided with a roster for each New Staff Orientation of all union member attendees. The roster will be sent to the person designated by the union no later than the Friday prior to each New Staff Orientation week.

D. ECHS will notify the union representative of any program/site opening, closing or relocation.

## Section 4. 2.  Union Security.

A.    All employees who are members of the Union on the effective
date of this Agreement or the date of execution of this
Agreement, whichever is later, shall remain members in good
standing by the payment of their regular dues as a condition of
employment. All employees and future hires covered by this
Agreement shall within thirty (30) days of hire or within thirty
(30) days of the effective date of this Agreement or the date of
execution of this Agreement, whichever is later, as a condition
of employment, either (1) acquire and maintain membership in the
Union in good standing, or (2) tender to the Union a service fee
equal to the periodic dues uniformly required as a condition of
membership in the Union.

B.    Notwithstanding the foregoing, any employee who is a member
of and adheres to established and traditional tenets or
teachings of a bona fide religion which holds conscientious
objections to joining or financially supporting labor
organizations shall not be required to join or financially
support the Union as a condition of employment, provided,
however, that such employee shall, as a condition of employment,
in lieu of payment of periodic dues, pay a sum equal to such
dues to a charity to be jointly agreed upon by the Employer, the
Union and the employee involved.

C.    The Union shall indemnify, defend and save ECHS harmless
against any and all claims, demands, suits or other forms of
liability that may arise out of, or by reason of, any action by
ECHS for the purpose of complying with this Section.

## Section 4. 3.  Voluntary Dues Deduction.

A.    ECHS agrees to deduct dues on a bi-weekly basis for
membership in the Union from the earnings of any employee who
has voluntarily authorized the making of such deduction by
filing written authorization with ECHS. Such deductions shall be
in the amounts certified by the Union as those uniformly
required as a condition of acquiring or retaining membership and
shall be made in accordance with the terms of said
authorization. Withheld amounts will be forwarded to the
Secretary-Treasurer of the Union by the twentieth (20th) day of
the calendar month following the actual withholding. ECHS shall
not be required to make deductions with respect to an employee
for a payroll period in which the employee is on an approved
unpaid leave of absence or layoff, or for which the employee

shall not have received net wages at least equal to the deductions. ECHS shall cease to make deductions upon the employee's termination or transfer to a position not covered by this Agreement, or upon revocation of the authorization in accordance with its terms or with applicable law.

B.   ECHS assumes no obligation, financial or otherwise, arising out of the provisions of this subsection. The Union shall indemnify, defend and save harmless ECHS against any and all claims, demands, suits or other forms of proceedings or liability that may arise out of, or by reason of, any action taken or not taken by ECHS for the purpose of complying with this subsection.

Section 4.4.   ECHS agrees to recognize Union stewards and officers duly elected and/or appointed by the Union.

Section 4.5.   Union Representative.   A duly authorized representative of the Union may visit ECHS's facilities in order to meet with bargaining unit members to conduct Union business related to ECHS. Requests for such access will be made in advance and will not be unreasonably denied.

Such meetings with bargaining unit members will take place during non-working time, unless otherwise provided for in the Agreement or approved by the Executive Director or designee in an emergency, and will not interfere with any operations of ECHS.

Section 4.6.   Union Steward.

A.   The Union shall provide ECHS with a list of such stewards and officers. The Union shall provide ECHS with any changes to said list. Union stewards shall not be restricted from performing their duties at other work sites as the need arises. A steward's activities shall not interfere with the performance of the steward's work or the operation of ECHS. Requests for time off will be made in advance to the Program Director/Manager and shall not be unreasonably denied. The Union will provide Management with the name of the steward assigned to handle a particular grievance.

B.   Programs at a site with 15 or more Union members may have two stewards except that only one may be released with pay to attend a given Union meeting or contract negotiations. Each will be allowed to attend Basic Union training with pay.

If a program at a site has 30 or more Union members, that program may have both stewards released with pay to attend a given Union meeting or contract negotiations.

C.    A union steward shall be permitted to use a reasonable amount of work time with pay to process a grievance and/or briefly transmit necessary information regarding Union business. ECHS will not pay for the time lost in connection with the arbitration of grievances.

Union Stewards will submit prior written requests, as soon as possible, to their immediate supervisor in order to take time off from scheduled work hours to conduct union business. Supervisors will respond to requests, as soon as possible, in writing authorizing or denying the request.

In situations where prior written approval cannot be secured due to time restrictions, oral authorization can be given by the steward's immediate supervisor provided that a written request be submitted and signed off on by the supervisor as soon as possible after the oral authorization was given.

D. If ECHS has reason to believe that a union steward is abusing the amount of reasonable time needed to perform their steward functions, then disciplinary action may be taken against that steward.

Section 4. 7.  Union Activities on ECHS Premises.  There shall be no Union meetings on ECHS premises at any time except upon prior approval of the Executive Director or designee in the exercise of his/her discretion, or as specifically authorized by this Agreement.

Section 4.8. Lobby Days. Stewards and up to five (5) staff per Eliot division and up to fifteen (15) staff for the MH division can attend SEIU lobby days on a paid basis.

Eliot Divisions: 1) Community Behavioral Health
                 2) Mental Health
                 3) Developmental and Specialized Services
                 4) Homeless Services
                 5) Children Youth and Families

Section 4. 9.  Bulletin Boards.  ECHS will provide the Union with the right half space of each already existing program bulletin board, or a separate bulletin board if space allows, for the purpose of posting Union materials. These spaces will be labeled Union Bulletins. Union stewards will monitor and sign off on any material that is posted. No material shall be posted that is inflammatory, profane or defamatory.

## ARTICLE 4A – COPE DEDUCTION

A. An employee may consent in writing to the authorization of the deduction of a political education fund fee from her/his wages and to the designation of the Union as the recipient there of. Such consent shall be in a form acceptable to Eliot and shall bear the signature of the employee. An employee may withdraw her/his political education fund fee authorization by giving written notification to Eliot's payroll department who will forward a copy of the cancellation letter to the Union.

B. Eliot shall deduct such political education fund fee from the pay of employees who request such deduction and shall transmit deductions to the Treasurer of the Union, together with an electronic list of employees whose political education fund fees are transmitted. Such transmission shall follow the same schedule as the transmission of dues.

## ARTICLE 5 – NON-DISCRIMINATION

Section 5. 1.  The parties are mindful of their obligations under federal and state laws pertaining to discrimination and affirmative action in employment. ECHS and the Union agree that neither will discriminate against any employee with respect to matters relating to employment because of such employee's race, religion, national origin, sex, age, disability, or activity with respect to the Union in violation of such federal or state laws, nor will either so discriminate against any employee with respect to sexual preference, marital status or political belief or affiliation.

Section 5. 2.  ECHS and the Union agree to cooperate in aggressively implementing affirmative action goals and timetables for hiring personnel so as to more accurately reflect the national and racial composition of the clients served by ECHS.

## ARTICLE 6 - HOURS OF WORK/STAFFING PATTERNS

### Section 6. 1.  Work Schedule.

A.   The normal work week will begin on Sunday at 12:01 a.m. and end Saturday at midnight.

B.  ECHS shall assign a work schedule to each employee at the time of his/her hire.  Such schedule may require rotation or varying work days or work hours.  ECHS may from time to time establish a different work schedule for any employee when ECHS in its reasonable judgment determines that its operating needs so require.  Before instituting any such changes in work schedules, ECHS will give due consideration to the convenience of the employee (s) involved by discussing the anticipated change with the employee(s).  ECHS will give twenty one (21) calendar days notice to the employee(s) affected and to the union representative for any permanent change in schedule, except in emergency situations.

C.   ECHS may release an employee from work prior to his/her usual quitting time for the day with pay in the event of snow emergencies or other circumstances deemed advisable by ECHS, (i.e. early release due to a holiday).

D.   It is recognized that full-time employees, who are normally scheduled to work at least forty (40) hours per week will receive one-half (1/2) hour paid time for lunch each work day. Part-time employees who work a shift of six (6) hours or more will be entitled to receive one-half (1/2) hour paid time for lunch for work that day.

E.   The Union and ECHS acknowledge that due to the nature of exempt employees' job responsibilities, it is not possible to prescribe precise daily hours of work and that it sometimes will be necessary to work in excess of the normal workweek. Before working such excess hours, the employee must obtain supervisory approval. When an exempt employee works both more than a half-hour in a day and two or more hours in a week (hereafter "earned compensatory time"), the employee may discuss this with their supervisor or designee.  The supervisor or designee will make a reasonable effort to adjust the employee's schedule within the two (2) week pay period to provide the compensatory time off. Supervisors may allow adjustments in hours beyond the two (2) week pay period where a situation requires flexibility. The employee is responsible for noting, and the supervisor is

responsible for reviewing, any earned compensatory time for which time off has been requested, and for listing compensatory time off when taken, in the comment section on the time sheet.

If an employee consistently works over his/her scheduled hours, and is therefore unable to take off the earned compensatory time, for more than two months, and the supervisor is unable to identify how changes can be made in the employee's schedule to accommodate compensatory time off, then the employee may request to be paid for those hours. Once approved, the employer will reimburse the employee at his or her regular rate of pay for such hours.

F. ECHS may require, as a condition of employment, that clinical employees work a reasonable number of prime time hours.

G. Residential counselors and other employees who are not exempt from the overtime provisions of the FLSA, shall be paid at the rate of one and one-half (1-1/2) times their regular hourly rate for all hours worked in excess of forty (40) hours in a week, when such work is approved by the supervisor, as soon as possible, when such need arises. When mutually agreeable to the employee and the immediate supervisor, each in their sole discretion, the employee may instead be compensated for such overtime by taking, within the same payroll period in which the overtime was worked, compensatory time at the rate of one and one-half (1-1/2) hour's compensatory time for each hour of such overtime.

H. An employee who, by request or permission of the employer, reports to work on any date at any time set by the employer, regardless of whether actual work is assigned, shall be paid for at least three (3) hours on such day at the employee's basic pay rate. Prior to or at the conclusion of any paid meetings, any staff not scheduled for a regular shift will not be required to perform additional duties.

## 6.2.  Overtime - Forced Extra Shifts - Call-in's:

A. If a shift vacancy occurs, voluntary coverage shall be sought in the following order by seniority:

- on-site voluntary PT staff,
- other voluntary PT staff,
- single pool of qualified full-time staff and Eliot relief staff by seniority on a rotating basis.
- then outside agency, if applicable.

A voluntary overtime list shall be maintained in each program listing all staff (regular staff and relief) eligible to work in the program who are interested in voluntarily working extra shifts or overtime.  Employees may update their information for the list at any time by notifying their program manager in writing.

B. Mandatory/Forced stays will be done by on-site staff by seniority on a rotating basis. The Employer shall make reasonable efforts to avoid forced overtime, including calling as many people as reasonably possible from the voluntary overtime list.

Employees who are voluntarily working an extra shift (extra straight time or overtime) shall be the last choice to be forced onto the next shift except that Relief staff shall be the last choice to be forced onto the next shift when there is a regular staff person working.

The Union and the Employer agree to review the use of forced overtime on a quarterly basis.  In the event that there is significant usage of forced overtime (examples include: frequent occurrences of individual staff being forced more than once a week, a substantial increase in the amount of forced overtime in consecutive weeks) in a particular program then the Employer and the Union shall take steps to address the situation.  Such steps may include one or more of the options listed in Appendix (E).

The situation shall be reviewed 1 month after implementing any of the options listed in Appendix (E) to determine whether to continue such implementation.

C. Anyone forced to stay an extra shift in excess of one (1) hour, regardless of when it falls during the workweek, will be paid time and a half for all time worked, including the first hour, or if at the end of the workweek the employee has worked in excess of forty (40) hours, then the employee will be paid double time for all forced hours over forty (40) hours, again regardless of when the forced time occurs during the week.

D. When call-ins occur, on-call manager will make calls.

E. If forced stay would endanger the health or safety of a 3rd party as by reasonable judgment, Eliot will provide immediate coverage so the employee may leave immediately. Chronic failure To be available for forced shift coverage may be grounds for progressive disciplinary action up to and including termination.

Section 6. 3.  Staffing Patterns.  Staffing Patterns will be posted in each residential program site and will be sent to the union, with updates on at least a quarterly basis.

When management deems it necessary to make changes in staffing patterns, the following procedure will be followed. The union will be notified and bargaining will begin within 5 days.  The union will have ten days to bargain with management over the proposed change.  After these ten days management can implement the staffing pattern change, and the union has the right to picket at the corporate office as an exception to Article 24.

In an emergency situation, the change may be made immediately, with the above procedure to be followed after the fact.

## ARTICLE 7 - SENIORITY

Section 7. 1.  Seniority.  Seniority means length of continuous employment with ECHS from the most recent starting date of employment, except as provided in Section 7.2 below. Each employee who has successfully completed his/her probationary period shall be credited with seniority measured by hours paid for work from his/her last date of hire.  Employees shall not accrue seniority during periods of layoff or leave of absence.

Section 7. 2.  Loss of Seniority and Employment Rights.  An employee will lose all seniority and employment rights by and/or upon:

A.   Resignation or other form of voluntary quit.

B.   Discharge or termination.

C.   Failure to report for work at the expiration of an approved leave of absence without notifying their supervisor and providing a satisfactory explanation.

D.   Employment elsewhere during an authorized absence from work or during an approved leave of absence without prior approval from the Executive Director or designee.

E.   Failure to notify ECHS that he/she accepts a recall within ten (10) calendar days of the date of mailing by registered or certified mail of a recall notice; or failure to report for work while on layoff status within two (2) weeks in the case of a support employee or within four (4) weeks in the case of a professional employee of the date the employee notifies ECHS that he/she accepts the recall.

F.   Absence from work for any reason, including layoff, for a continuous period equal to his/her seniority, but not to exceed one (1) year unless on an extended leave of absence within the timeframes indicated in Article 13.5, provided that an employee who was absent due to an on-the-job injury will have his/her seniority reinstated if he/she returns to work.

Employees on an unpaid leave of absence and without disability, workers compensation or Eliot pay will not accumulate seniority during such a leave nor shall employees on any leave of absence be entitled to paid benefits other than as described in Article 13.D.

Section 7. 3.  Reemployment in Good Standing.  If an employee resigns in good standing after working at least twelve (12) months and is re-employed within one (1) year, he/she will regain his/her prior seniority after working six (6) additional months, provided that seniority shall not accrue during the period of absence.

In order to remain in good standing, an employee must give at least a two week written notice of resignation and have received no discipline within the 6 month period prior to the resignation date.

Section 7.4.  New Program Seniority.(pertains to Eliot takeover of existing single program with existing staff hired).

A. Employee will be placed into their new position at the entry level pay rate unless their current salary is higher in which case they will maintain their pay rate.

B.No waiting period for health and dental insurance.

C. Former employer seniority date to be used for internal seniority issues (Lay-off, bumping rights, and time off).

D. Eliot date of hire to be used for all other purposes such as: benefit eligibility, external bumping rights, anniversary increases and leaves of absence.

<u>Section 7.5. New Program Seniority</u>. (pertains to Eliot Mergers or multiple program takeovers with existing staff hired).

A. Before setting the terms and conditions of newly-acquired employees in these transactions, Eliot will first negotiate with the Union on a case- by- case basis. Eliot will give reasonable notice to the Union before completing a takeover of a new program.

<u>Section 7.6 Seniority Comparisons</u>

A. When comparing two or more full time employees' seniority, length of service will be used.

B. The parties agree to meet during the life year of this agreement to negotiate methods for comparing different types of employees' seniority. Options include using length of service and using the number of hours paid for work.

C. When identifying seniority for purposes of Article 6.2, a relief staff's date of hire shall be used.

D. In the event that two or more employees have the same seniority date and a tie-breaker is needed, hours paid for work shall be used to determine relative seniority.

<u>Section 7.7</u> In the event a relief employee becomes a regular employee:

A. Time spent working relief shall not count toward pay rate, toward calculating eligibility for benefits or toward seniority for the purpose of calculating benefit accruals.

B. The employee shall be placed at the entry level pay rate in their new classification unless their pay rate is higher in which the employee will be paid the pay rate they had been receiving as relief.

## Section 7.8.

When Relief employees are scheduled to work regular shifts (substantially the same days and hours at the same worksite) for a minimum of 16 hours per week, over a 3-month period, these shifts may be converted to permanent positions provided that the relief staff is not filling in for another staff that is on an approved leave of absence.

Upon notification from the Union, Eliot will investigate the particular circumstances of the situation and determine if the hours need to be posted as a regular position.

## ARTICLE 8 - JOB OPENINGS

Section 8. 1. Postings. Whenever a permanent vacancy in a bargaining unit position occurs which ECHS has determined will be filled, a notice of such vacancy, including shift schedule information, will be posted on the Eliot web site for a period of ten (10) business days and an electronic copy of the posting will be sent to the Union Representative or designee. An employee interested in applying for such a position must apply online within the time limits of the posting period. This provision shall in no way limit ECHS's right to seek applicants from any outside source.

The Agency will post all management positions on the Eliot web site for a period of (10) ten business days. Qualified internal candidates will be interviewed by the Agency. *Collective bargaining unit employees who are interviewed for* management positions will be notified within fourteen (14) work days of the interview as to their status.

Section 8.2. Selection. In filling a permanent vacancy in a bargaining unit position, ECHS will make its decision on the basis of qualifications such as education, training, experience, and other relevant qualifications. Bargaining unit employees will be given preference over outside applicants who are equally or less qualified. When it is determined by the hiring manager that two (2) or more employees' qualifications are equal, ECHS will give preference to the employee with the greatest seniority.

Section 8.3  Transfers.  Any employee wishing to transfer to
another location must apply online and notify their program
manager of their intent to apply for a transfer.

An employee may only transfer into a position of equal or lesser
qualification.  An employee who voluntarily transfers into an
equal position will maintain his or her current pay rate in the
new position. An employee who transfers into a lesser position
will be paid at the appropriate rate for that position.

Transfers shall be granted by seniority, provided the employee
has completed their probationary period and meets the
qualifications and requirements for the position.

In the event that an employee has disciplinary action pending or
has received an unsatisfactory performance evaluation within the
past six (6) months prior to the request, a transfer may be
denied.

## ARTICLE 9 - REDUCTION IN FORCE

Section 9. 1.  Layoffs.

A.   ECHS shall have the right to reduce its workforce through
the layoff process. In the event ECHS decides it is necessary to
reduce its work force, it will notify the Union.

B.   Selection of Affected Positions.  ECHS shall notify the
Union of any intent to lay off workers including job titles in
specific programs within two (2) weeks of the proposed layoff
unless there is an emergency situation, in which the Union will
be notified as soon as possible.

C.   Voluntary Layoff.  Upon notification of layoff, any
employee within the affected program willing to accept a
voluntary layoff shall apply in writing to the Vice President of
Human Resources with a copy to the Union within two (2) work
days of the notification. This action by the employee should not
limit his/her ability to receive unemployment compensation.

D.   Selection of Affected Employee.

    (1)  ECHS will make every effort to give the affected
    employee as much notice as possible, and in no event less
    than two (2) weeks notice, except that such notice shall

not be required when the layoff is caused by reasons unforeseen by ECHS or by an emergency such as an Act of God, explosion, fire, flood, or water damage, or by some other reason beyond the reasonable control of ECHS. As soon as practical after the layoff, or within two (2) weeks of separation, ECHS will provide the affected employee with a letter of recommendation which shall include a statement regarding the reason for layoff.

(2)   Within each independent program site, layoffs are made according to seniority, with consideration given to job function. The least senior employee at the affected program in the identified job category will be laid off first with the following exceptions:

(a)   If a particular employee is required for licensure, certification or contract obligation, the next least senior employee will be laid off.

(b)   If the employee to be laid off is performing a unique and/or necessary job function not readily replaced by the remaining staff, then the next least senior employee will be laid off (examples include psychiatrists required for medical and emergency coverage).

(c)   If the least senior employee is a minority and such a layoff would reduce minority staff below the parity levels established for the Area by the Massachusetts State Data Center.

(3)   If a laid off employee is senior to a non-laid off employee with the same job classification or a lower job classification, then he/she shall have the option to exercise bumping rights into that job classification, if the senior employee has the appropriate training and job experience, required by the job description equal to or greater than the employee being bumped.

(4)   Laid off employees shall have the right to bump across programs within their respective division pursuant to the conditions in section (3) above provided that no more than 25% of the staff in any given program can be bumped at any one time.

(5)   Laid off employees, on a case by case basis, that have the required training, Eliot experience in that division and qualifications to work in programs in other divisions may, pursuant to the conditions in section (3) above and pursuant to the 25% restriction above, bump outside of their divisions.

(6)   Bumping Process
(a)   The affected employee will have a period of ten (10) calendar days after the lay off becomes effective to notify management of his/her intention to exercise bumping rights and into what position he/she wish to bump.

E.   Benefits of Laid Off Employees.

(1)   Upon layoff, an employee will be paid for all unused accrued vacation time.

(2)   The employee may opt to continue on his/her health plans for up to eighteen (18) months, if he/she pays the full cost of the insurance premium(s) with no administrative fee to be charged.

F.   Miscellaneous.

For purposes of layoff, Social Workers, M.Ed's, and Psychologists in out-patient shall be considered as one job category except in the following circumstances:

(1)   In a program where assigned job duties between the two classifications are sufficiently discreet as to warrant differentiation; or

(2)   In order for a program to remain in compliance with, and reimbursable under, a contract or regulations.

Section 9. 2.   Recall.

A.   ECHS shall maintain a recall roster.  Any employee who is laid off is eligible for recall for a continuous period up to one (1) year.  Whenever a vacancy occurs in a bargaining unit position, employees in that position who are on layoff will be recalled in reverse order in which they were laid off.

B.    Notice of recall shall be in the form of a registered letter to the last address of the laid off employee; copies of this letter shall be sent to the Union.  Employees will have ten (10) calendar days to respond to the recall notice.

C.    An employee who is offered recall to a position in the same classification as the classification from which he/she was laid off and who refuses such offer shall be removed from the recall list and his/her recall rights shall be terminated at that time.

D.    The employee assumes the obligation to inform ECHS of his/her proper address, including any temporary address where he/she can be reached if the employee will be traveling or otherwise away from his/her current mailing address.

E.    Upon an employee's return from recall the following conditions apply;

> (1)    Employee will receive credit for prior seniority.
> (2)    Employee will receive the pay rate they were being paid at the time they were laid off.
> (3)    Employees who were enrolled in medical, dental, STD, LTD and life insurances at the time of their lay off are eligible to re-enroll in those insurances effective the 1st of the month following their return to work provided that they meet the eligibility requirements.
> (4)    Employees will begin to accrue vacation and sick leave upon their return to work according to their previous seniority.

## ARTICLE 10 – HOLIDAYS

### Section 10. 1.  Holidays Observed.

The following holidays are observed by ECHS:

> New Year's Day
> Martin Luther King Day
> President's Day
> Patriot's Day
> Memorial Day
> Independence Day
> Labor Day
> Columbus Day

Thanksgiving Day
Day after Thanksgiving
Christmas Day

A.   All holidays will be observed at ECHS on the same day they are observed nationally. Holidays that fall on a Saturday, will be observed on the preceding Friday, and when they fall on Sunday, they will be observed on the following Monday.

Residential employees will observe holidays on the actual holiday day with the exception of residential exempt staff and administrative employees who normally work Monday thru Friday, who will observe holidays as outlined in the paragraph above.

B.   For each of the days observed as a paid holiday under this Agreement, an employee will receive holiday pay, provided he/she is not on unpaid leave the day before or after that holiday.

C.   Holiday pay will not be granted if a holiday occurs during an unpaid leave of absence, layoff, terminal vacation, or during a period when the employee is not scheduled to work.

D.   Holiday pay will not be granted if an employee is on an unexcused absence the day prior to or after the holiday.

E. Any Non-residential employee who is normally scheduled to work on a day which is recognized by the Agency as a Holiday, during which time the program is closed, that Employee will receive their regular pay for that day as Holiday pay.

Section 10. 2.

A.   When a holiday occurs on a regularly scheduled work day of an employee, he/she if not required to work that day, shall receive his/her regular day's pay for such holiday.

B.   When a holiday occurs on a regularly scheduled work day of an employee, he/she if required to work that day, shall receive double time for all hours worked on that holiday, in lieu of receiving that holiday as time off.

For PACT Team only:  If an employee is required to work on a holiday, then the employee will receive his or her regular pay for that day and another day off to be taken within 30 days at a time requested by the employee and approved by the employee's supervisor.

C.   When a holiday occurs on a day that is not an employee's regular work day, he/she does not receive payment for the holiday.

For PACT Team only:  If a holiday occurs on an employee's scheduled day off, then the employee will be granted another day off from work at a time requested by the employee and approved by the employee's supervisor.

Section 10. 3.  Regular part-time employees shall receive pro-rated holiday pay on the basis of the percentage his/her part-time schedule bears to full-time employment in accordance with 10.2 above.

Section 10. 4.  Religious holidays and election days may be taken by an employee with the approval of the supervisor, and if granted, may be taken without pay, or charged against accrued vacation leave.

Section 10. 5.  If a holiday falls during the employee's vacation, the employee will not lose a vacation day.

Section 10.6.   Managers will make every reasonable effort to accommodate staff not normally scheduled to work Mondays, but who wish to work Monday holidays.

Section 10.7.  The Executive Director, or designee shall determine, within his/her sole discretion, the holidays staffing needs of each program. Employees who work a holiday will be paid double time for all hours worked on that holiday in lieu of receiving that holiday as time off. ECHS will make reasonable efforts to equitably rotate employees who are required to work a holiday. Employees' seniority will be a factor in establishing the rotation and granting work preferences.


## ARTICLE 11 - VACATION

Section 11.1.  Vacation leave with pay for full-time employees, upon successful completion of four (4) months of service, shall be based on the following:

First Year:     4.6154 hours for each two-week pay period on payroll but not to exceed 120 hours (15 days).

Second Year:   6.1538 hours for each two-week pay period on payroll but not to exceed 160 hours (20 days).

Fifth Year:   7.6923 hours for each two-week pay period on payroll but not to exceed 200 hours (25 days).

Section 11.2.  If an employee uses 1-10 hours of unpaid time off during the two-week pay period then she/he will lose 25% of her/his two-week accrual for vacation time.

If an employee uses 11-20 hours of unpaid time off during the two-week pay period then she/he will lose 50% of her/his two-week accrual for vacation time.

If an employee uses 21-30 hours of unpaid time off during the pay period then she/he will lose 75% of her/his two-week accrual for vacation time.

If an employee uses 31 or more hours of unpaid time off during the two-week pay period then she/he will lose 100% of her/his two-week accrual for vacation time.

There shall be no loss of bi-weekly accruals due to attendance at union meetings.

Section 11.3.  Regular part-time employees who work a minimum of twenty (20) hours per week shall be entitled to receive vacation time on a prorated basis subject to the conditions contained in this Article, including the forfeiture provisions herein. Upon the ratification of this Agreement, any part-time employee, working less than twenty (20) hours per week, who is currently earning vacation time will continue to do so at their current rate of accrual.

Section 11. 4.  All vacation requests need to be given in writing. Requests given with 30 or more days notice will be granted by seniority. In the event that an employee requests one (1) week or more with 120 or more days notice, and granting such time might affect other more senior staff, the employer will post the request to determine if anyone else plans to request that time off.  If the employer receives no requests for the same time period from more senior employees within 14 calendar days, the employer may grant the vacation request.  Vacation requests given in writing with less than 30 days notice will be granted on a first come first serve basis. Programs may work out alternative scheduling procedures with the approval of the

Employer and the Union. Such procedures may include mutually agreed upon exceptions to the first four sentences of this section. Approval will be granted in advance by the program manager and will be based upon the operational and staffing needs of the program. The program manager shall make every effort to grant vacation requests. Vacation requests shall not be unreasonably denied. Employees shall be given the reason in writing for any such denial.

In addition, vacation requests for two (2) or more weeks must be made in writing at least six (6) weeks in advance.

All vacation requests will be responded to within two (2) weeks of submission. The above time limits may be waived by mutual written agreement.

When the requests of two (2) or more employees in a program are in conflict and the supervisor does not resolve based on staffing needs, preference in granting requests shall be equitably rotated, with such rotation beginning with the employee with greatest seniority.

Section 11.5.  Employees are not required to find their own coverage, nor to make up vacation time taken, nor to work during their vacations.

Section 11.6.  Vacation will not be earned during a leave of absence, layoff or any other unpaid absence.

Section 11.7.  The vacation year shall run from year to year based upon the seniority date of an employee.

Section 11.8.  Employees shall be paid for unused accrued vacation time upon death, resignation, termination, or retirement from ECHS.

Section 11.9.  Regular full-time employees shall be entitled to accrue up to a maximum of one year's vacation, prorated for less than full-time. Vacation days accrued above the maximum accrual shall be forfeited without prior written authorization from the employees immediate supervisor to extend the forfeiture period.

Section 11.10.  Employees shall have access to the amount of earned vacation time they have available on the Human Resources Information System (HRIS) portal.

**Section 11.11.**  The employee's vacation pay shall be computed on the basis of his/her regular salary at the time he/she begins his/her vacation.

**Section 11.12.**

Employees may convert up to three (3) vacation days per fiscal year into personal days. Notification to use these days is the same as the notification process to use sick leave. Personal days cannot be used on days observed as holidays by Eliot, on severe weather situations or on days that had already been previously denied as vacation requests as outlined in Article 11, Section 11.4.


## Article 12 - Sick Leave

**Section 12. 1. Accumulation of Sick Leave**
A. All full-time employees shall earn 3.6923 hours of sick leave for each completed two-week pay period of employment to a maximum of ninety-six (96) hours per year.  Any unused sick leave in one (1) year may be carried over to the next year to a maximum of four hundred seventy-five (475) hours. Regular part-time employees who work a minimum of twenty (20) hours per week shall earn sick leave on a prorated basis

B.  Employees on layoff, leave of absence or any unpaid leave shall not accrue sick leave.

**Section 12.2.**  If an employee uses 1-10 hours of unpaid time off during the two-week pay period then she/he will lose 25% of her/his two-week accrual for sick time.

If an employee uses 11-20 hours of unpaid time off during the two-week pay period then she/he will lose 50% of her/his two-week accrual for sick time.

If an employee uses 21-30 hours of unpaid time off during the two-week pay period then she/he will lose 75% of her/his two-week accrual for sick time.

If an employee uses 31 or more hours of unpaid time off during the two-week pay period then she/he will lose 100% of her/his two-week accrual for sick time.

There shall be no loss of bi-weekly accruals due to attendance at union meetings.

Employees shall have access to the amount of earned sick time they have available on the Human Resources Information System (HRIS) portal.

Section 12.3.  Use.  Subject to this Article, an employee shall be entitled to paid sick leave for time lost from his/her normally scheduled work only for the following reasons:

A.   Personal illness or injury of the employee which prevents the employee from working.

B.   An employee may utilize accrued sick leave for up to a maximum of five (5) days per calendar year when the employee's immediate family--to include parents, step-parents, significant other, children, step-children, siblings, spouse, grandparents, and in laws, as well as persons regularly living in the employee's household requires the employee to be absent from work to care for an above referenced person.  A request of more than five (5) days may be granted with submission of satisfactory medical evidence.  Such requests shall not be unreasonably denied.

C.   When appointments of the employee with licensed medical professionals cannot reasonably be scheduled outside of normal working hours for the purpose of medical treatment or diagnosis of a medical condition, written verification of the appointment must be submitted to the employee's immediate supervisor prior to receiving sick leave pay.

D.   Childbirth or adoption leave.

E.   When through exposure to contagious disease, the presence of the employee at his/her work location would jeopardize the health of others. If an employee does not have sick leave accrued and ECHS is requiring them to utilize sick leave, ECHS will pay the employee for such leave.

Section 12.4 Notification

A.   An employee, who works in one of the Agency's day programs, who desires to utilize sick leave must notify his/her immediate supervisor as soon as possible prior to the time that he/she is scheduled to work.

B.   An employee who works in one of the Agency's Residential (24 hour a day) programs, who desires to utilize sick leave must notify his/her immediate supervisor four (4) hours prior to his/her scheduled reporting time. (Unless C. Applies)

C.   An employee who works in one of the Agency's Residential (24 hour a day) programs who desires to utilize sick leave must notify his/her immediate supervisor two (2) hours prior to his/her scheduled reporting time if that employees scheduled shift begins between the hours of 5:30 am and 10:00 am.

D.   In emergency cases where the above time frames cannot be met, the immediate supervisor must be notified as soon as possible.

E.   Failure to comply with this section may result in disciplinary action.

Section 12.5   Buy back.   Each July 1 union employees may buy back up to two (2) weeks of unused accrued sick leave at a rate of 50% of the dollar value provided that after the buy back, the employee still has a minimum of forty (40) hours sick leave accrued on the books.   This buy back is pro-rated for less than full time employees. Requests for buy back are required to be submitted to the Finance department no later than the last day of the fiscal year (June 30th).   Sick leave buy backs will be paid by the second pay day in July.

Section 12.6.   Verification.   When a supervisor of an employee has reason to believe that sick leave is being abused, the supervisor may require the submission of satisfactory medical evidence. Failure to provide such evidence within ten (10) days of its request will result in denial of sick leave and/or disciplinary action. ECHS shall not act unreasonably in exercising its discretion under this paragraph.

Section 12.7.   Fitness for Duty.   If ECHS has reason to believe that an employee is not fit for work due to illness or injury, then ECHS may require medical evidence satisfactory to ECHS in order to assure ECHS that an employee is fit to resume or continue his/her duties without jeopardizing the health or safety of the employee, consumers or other staff. ECHS shall not act unreasonably in exercising its discretion under this paragraph.

## ARTICLE 13 – LEAVES

### Section 13. 1.  Leaves of Absence Without Pay – Non-medical

A.   A limited number of full-time and/or part-time employees, with one (1) year of seniority may be entitled to a leave of absence without pay for a non-medically related reason.

The purpose of a leave is to provide time off from work with the Executive Director's approval except where legally mandated. Each approved leave will specify the date which the employee must return to work. Failure to return on or before that date will result in termination unless the person requests, and ECHS approves, an extension in writing.  The Executive Director or designee will consider such leaves in a reasonable manner and in light of the operational and staffing needs of the employer.

B. Application Procedure.  A Leave Request Form must be submitted to the employee's Program Manager at least thirty (30) days in advance. In cases of emergency, where the thirty (30) day advance notice cannot be given, the Executive Director may accept a shorter notice. The Program Manager will review the request for leave with his/her Supervisor and submit it with a recommendation to the Executive Director for action.

C. Benefits Coverage.  Medical, dental, life, and disability insurance, and other paid benefits will continue, but the full cost of medical and dental coverage through COBRA will be charged to the employee.  Payments are due on the 1st of each month unless other arrangements are made at the time that the leave is granted. An employee's failure to make such payment will result in the immediate termination of coverage.

D. Use of Accruals.  Employees on any unpaid leave of absence must use accumulated vacation time. For any leave that is paid through vacation, the employee may continue to pay medical and dental premiums, through payroll deduction, at the employee rate in effect at the time.  Once accrued vacation time is exhausted the employee is responsible for the full cost of their medical and dental insurances as described above in section C. for the remainder of the COBRA period.

E. Seniority/Benefits.  Employees while on an unpaid leave of
absence and without disability, workers compensation or Eliot
pay will not accumulate seniority during such a leave.

Employees on any unpaid leave of absence are not entitled to
paid benefits other than as described in Article 13.1C (unless
they are receiving pay from Eliot).

## Section 13.2.  Family and Medical Leave (FMLA)

A. Pursuant to the Family Medical Leave Act of 1993, Employees
who have completed twelve (12) months continuous employment and
worked at least 1250 hours in the twelve months preceding the
date the requested leave is to begin, are eligible for a twelve
(12) week unpaid job protected family/medical leave for the
purposes of 1. care for a newborn child so long as leave is
completed before the child's first birthday 2. placement of a
child for adoption or foster care so long as leave is completed
before the one year anniversary of the initial placement 3. to
care for spouse, domestic partner, child or parent who requires
such care because of a serious health condition 4. employees own
serious health condition which renders him/her unable to perform
the essential function of his/her job.

Eligible employees whose spouse, son, daughter or parent is on
covered active duty or call to covered active duty status may
use their 12-week leave entitlement to address certain
qualifying exigencies.

FMLA also includes a special leave entitlement that permits
eligible employees to take up to 26 weeks of leave to care for a
covered service-member during a single 12-month period.

B. Application Procedure.
Employees must submit a Leave Request Form to their Program
Manager, to the extent practicable, thirty (30) days prior to
the commencement of the leave.

Employees are also responsible for notifying Human Resources of
their leave and for submitting the appropriate supporting
medical documentation indicating the need for the leave.

C. Benefits Coverage.  Employees who are enrolled in agency
sponsored insurance benefits (medical, dental, STD, LTD, life
insurance) at the time of the leave shall be eligible to
continue those benefits.

D. Use of Accruals.
1. Employees taking FMLA for their own illness are required to exhaust all accrued sick and vacation time. This time is counted towards the 12 week leave period. Employees who are eligible for disability will not be required to use accrued time once disability has been approved by the insurance company. Employees may elect to make up the difference between their regular pay and their disability pay with their accrued time in order to get full wages each week. At no time shall the employee receive full sick and/or vacation pay from Eliot combined with disability payments. Total pay received cannot exceed 100% of an employee's regular weekly pay.

2. Employees taking FMLA to care for a spouse, parent or child, may use a maximum of five (5) sick days (total of 40 hours) before being required to use accrued vacation time.

3. Once all accrued time is exhausted, no additional vacation or sick time will be accrued during the leave.

E.   Reinstatement After Expiration of FMLA

Employees who are unable to return to work at the expiration of their FMLA leave may remain on a leave for up to a year from the first day of the FMLA leave, however, only 12 weeks will be job-protected under FMLA. Upon return within the year from the date the leave began, ECHS will attempt to reinstate employees to an available position for which they are qualified.

F.   Additional Leave Time for Employee's Own Serious Health Condition.

1. If an employee has four (4) years seniority, s/he will be granted a maximum twenty six (26) week job-protected leave. The employee may remain on a leave for up to a year from the first day of disability, however, only 26 weeks will be job-protected.

2. If an employee has ten (10) years seniority, s/he will be granted a maximum twenty six (26) week job-protected leave. The employee may remain on a leave for up to sixteen (16) months from the first day of disability, however only the first 26 weeks will be job-protected.

G.  The Executive Director or designee reserves the right to Require that the employee provide a physician's verification of illness or disability throughout the term of the leave of absence.

H.  COBRA Coverage. Employees who are unable to return to work at the expiration of their FMLA leave and are enrolled in the agency's medical and dental insurance may continue their coverage through COBRA. Eligible staff with additional leave time due to their own serious health condition may continue to receive medical and dental insurance by paying the employee portion of the premium in effect at the time for the first three (3) months of COBRA. After the first three months of COBRA, employees are responsible for the full cost of the insurance for up to an additional fifteen (15) months.  Payments are due on the 1st of each month.  Failure to make such payment will result in the immediate termination of coverage.

Section 13.3 Medical Leave Not FMLA

A. An employee who has not worked the required time to fulfill the eligibility requirements for a family and medical (FMLA) leave and has certification from a health care provider stating s/he is unable to work due to his/her own serious health condition is eligible for medical leave as follows:

1. If the employee has six (6) months seniority and worked a minimum of 520 hours during that time then up to a four (4) week job protected leave may be granted.  An employee may only take a total of four (4) weeks time prior to their 1st year seniority date.

The Executive Director or designee reserves the right to require that the employee provide a physician's verification of illness or disability throughout the term of the leave of absence.

B. Application Procedure.
Employees must submit a Leave Request Form to their Program Manager, to the extent practicable, thirty (30) days prior to the commencement of the leave.

Employees are also responsible for notifying Human Resources as soon as possible of their leave and for submitting the appropriate supporting medical documentation indicating the need for the leave.

C. Benefits Coverage.  Employees who are enrolled in agency sponsored insurance benefits (STD, LTD, life insurance) at the time of the leave shall be eligible to continue those benefits at no cost to the employee.

D. Use of Accruals.
Employees taking medical leave for their own illness are required to exhaust all accrued sick and vacation time.  This time is counted towards the 4 week leave period.  Employees who are eligible for disability will not be required to use accrued time once disability has been approved by the insurance company. Employees may elect to make up the difference between their regular pay and their disability pay with their accrued time in order to get full wages each week. At no time may the employee receive full sick and/or vacation pay from Eliot combined with disability payments.  Total pay received cannot exceed 100% of an employee's regular weekly pay.

E. Once all accrued time is exhausted, no additional vacation or sick time will be accrued during the leave.

Section 13.4 Maternity Leave

Female employees who have completed their probationary period may request, with a minimum of fourteen (14) day notice, an unpaid leave for up to eight (8) weeks for the purpose of giving birth or for adopting a child.  For those who are eligible for FMLA, any such maternity leave will also be treated as FMLA per section 13.2.

Section 13.5 Paternity Leave

Male employees who have completed their probationary period may request, with a minimum of fourteen (14) day notice, an unpaid leave for up to four (4) weeks for the purpose of a partner giving birth or for adopting a child.  For those who are eligible for FMLA, any such paternity leave will also be treated as FMLA per section 13.2.

Section 13.6 Worker's Compensation Leave.  An unpaid leave of absence shall be granted to an employee who is absent from work with satisfactory medical substantiation because of an occupational accident or illness arising out of his/her employment at ECHS in accordance to section 13.2.  Such a leave shall be afforded in accordance with the Massachusetts State Law regarding Worker's Compensation and in conjunction with FMLA if the employee is eligible.  If an employee's injury is the direct result of a restraint or client physical assault, the Agency will pay the first five days of lost time and allow the employee to earn their full accruals (vacation and sick) provided that the injury did not result from employee misconduct.

An employee who goes out on an unpaid workers compensation leave after s/he has six months of seniority and has worked a minimum of 520 hours but before becoming eligible for FMLA leave is eligible for the four week job protected leave provided in Section 13.3.

Section 13.7   Bereavement Leave
A. Each employee shall be entitled to pay at their regular pay based on an eight (8) hour day for work hours actually lost for up to four (4) calendar days following the death of a person in the immediate family, or someone with a close familial type relationship living in the employee's household. These (4) days may be taken over a 30 day period for the purpose of attending the funeral or to take care of such matters necessarily attendant to said death.

B. "Immediate family" shall include mother, father, spouse or significant other, son, daughter, step-children, brother, sister, grandmother, grandfather, grandchild, mother- or father-in-law and sister- or brother-in-law.  Notification of such leave must be given to the employee's supervisor as soon as possible after the need for such leave arises. Leaves for periods longer than four (4) consecutive days may be granted at the discretion of the Executive Director.

C.  Employees who need time off to attend a funeral for an individual who is not designated as "immediate family" as defined above, may be entitled to use accrued vacation time with prior supervisory approval.

Section 13.8   Jury Duty Leave   Employees who are required to report for and serve jury duty shall be excused from work for such duty and shall be paid their regular salary for work

actually missed during the first three (3) days of jury duty
(less amounts paid for jury duty) for serving such duty. The
employee shall submit to their immediate supervisor proper
evidence of jury service, and of the amount of juror's
compensation received, validated by the clerk of the court. If
an employee is excused or released from jury service during
his/her regular work day, he/she shall return to work.

Section 13.9. Military Leave. Approval of military leave will
be granted in accordance with the Uniformed Service Employment
and Re-Employment Rights Act (USERRA). A copy of the USERRA
guidelines is available from the Human Resources Department upon
request by an employee to their Program Manager or to Human
Resources.

Section 13.10. Employment Elsewhere During a Leave. An employee
on an approved leave of absence in accordance with this Article
who engages in employment elsewhere that is inconsistent with
the purpose of the absence shall be deemed to have quit
voluntarily.

## Article 14 - Discipline

A. No collective bargaining unit employee who has been employed
in a bargaining unit position described in Article 1 of this
Agreement, who has completed their probationary period, shall be
disciplined or discharged except for just cause.

B. The Employer will promptly notify the union representative in
writing of any formal warnings, suspensions and terminations. If
the letter comes later to the union, it will not negate the
discipline given.

C. Warnings/Discipline action not related to gross misconduct
will be removed from the employees personnel file after one (1)
year provided that there is no reoccurrence of that behavior
during that period of time.

D. Employees suspended pending an investigation of an Agency
related allegation against them, shall be suspended with pay
unless the allegation is a terminable offence.

E. Employees suspended without pay pending investigation of an
accusation must be restored to full pay if the investigation and
suspension last more than twenty-one (21) days. During the
twenty-one (21) unpaid days, employees may use comp, vacation

and holiday time to offset their loss of pay and staff with five
(5) or more years seniority can thereafter use up to forty (40)
hours of accrued sick time to further offset their loss in pay.

## ARTICLE 15 – GRIEVANCE AND ARBITRATION

Section 15. 1. Grievance.  Grievance is defined as a dispute
regarding the interpretation or application of a specific
Section or Article of this Agreement which arises during the
term of the Agreement between the Union and ECHS or any written
extensions thereof.  No grievance shall be considered under the
grievance procedure, unless it is presented as provided below.
The grievance and arbitration procedure provided for herein
shall be the exclusive procedure for resolution of disputes
concerning the interpretation or application of the Agreement. A
grievance shall only be processed in the following manner:

A.   Informal Discussions.  The parties recognize that day-to-
day problems affecting employees may be discussed and resolved
between the employee and the employee's immediate supervisor.
Such informal discussions are encouraged, but no such
discussions shall be inconsistent with the terms of this
Agreement or have an effect upon the time limits stated herein.
It is understood that any resolution at this level shall not
establish a precedent for the resolution of any other or similar
problem between any employee and ECHS.

Section 15. 2.  Grievance Procedure.

A.   Any grievance which cannot be adjusted as contemplated by
Section 15.1.A above shall be subject to resolution in the
following manner:

   Step 1:  Any employee, with or without a Union
   representative(s) of the employee's choice shall take up a
   grievance, with the manager responsible for the employee's
   program (or his/her designee) within ten (10) workdays from
   the date the grievance arose or the employee should have
   known that the grievance had arisen.  The manager or his
   designee shall give his/her written answer to the grievance
   within seven (7) workdays. A resolution at Step 1 shall not
   constitute a precedent.

   Step 2:  If settlement is not reached in Step 1, then the
   grievance shall be presented in writing by Union
   representatives to the Director of Human Resources seven

(7) workdays after the conclusion of Step 1. A meeting may
be held within seven (7) workdays after the grievance has
been submitted pursuant to Step 2, unless the parties agree
to the contrary in writing. Within seven (7) workdays
after the meeting or within twelve (12) workdays after
receipt of the grievance, as the case may be, the Director
of Human Resources will give ECHS's answer in writing to
the designated Union official.

B. Grievances resulting from suspension or termination of
employment may start at this step.

Step 3: If resolution is not reached at Step 2, then
either party may with written notice to the other, submit
the grievance to binding arbitration, provided that such
notice is given within fifteen (15) work days after ECHS
has given its decision at Step 2.

Section 15. 3. Arbitration Procedure.

A. Selection of an Arbitrator. If the parties are unable to
agree upon an arbitrator within five (5) work days after receipt
of written notice of the desire to submit the matter to
arbitration, then either party may request that the American
Arbitration Association and/or the Labor Relations Connection
designate an arbitrator to hear any grievance which is
arbitrated under the terms of this Agreement.

B. Authority of the Arbitrator. The arbitrator shall have no
authority to add to, subtract from, change or disregard any of
the terms or provisions of this Agreement, or authority or power
to award back pay or other settlement to be retroactive beyond
the date on which the event forming the basis of the grievance
occurred. The arbitrator shall be bound by the principle that
there are no restrictions intended on the rights or authority of
ECHS other than those expressly set forth in this Agreement.

C. Effect of Arbitrator's Decision. The decision of the
arbitrator on any grievance properly submitted to him/her
hereunder, if within the scope of his/her authority and power,
shall be final and binding upon ECHS, the Union and the
aggrieved employee(s).

D. Fees. The fees and other charges of the arbitrator shall
be divided equally between the parties. The arbitrator shall
render his award within thirty (30) calendar days of the close

of the hearing unless otherwise excused from doing so in writing
by the parties.

E.    Rules.  Any arbitration hereunder shall be conducted in
accordance with the rules of the American Arbitration
Association then applicable to voluntary labor arbitrations,
except to the extent that such rules may be in conflict with the
provisions of this Agreement. In the event of any such conflict,
the provisions of this Agreement shall govern. Each grievance
shall be separately processed in any proceedings hereunder
unless the parties otherwise agree.

Section 15. 4.  ECHS shall have the right to utilize the
grievance and arbitration procedure with respect to any
grievance which ECHS may have against the Union or any of its
members. Such an action shall be initiated by a letter from ECHS
to the Union.

Section 15. 5.  Any grievance upon which a disposition is not
made by ECHS within the time limits prescribed, or any written
extension which have been agreed to, may be referred to the next
step in the grievance procedure.  Under such circumstances, the
time limit shall run from the date when time for the disposition
expires.  Any grievance not carried to the next step by the
Union within the prescribed time limits, or such written
extension which may have been agreed to, shall be automatically
closed upon the basis of the last disposition by ECHS.

Section 15. 6.  If an employee and/or the Union wishes to grieve
a matter solely decided by the Executive Director or Board of
Directors, that grievance may be commenced at Step 2 in
accordance with this Section.  The term "work days" whenever
used in this Article, shall mean and include any calendar day
other than a Saturday, Sunday, or a day when ECHS is officially
closed.

Section 15. 7.  Any common grievance brought by two (2) or more
employees who do not share the same Program Director/Manager,
may be filed at Step 2 of the grievance procedure.

Section 15. 8.  The arbitrator shall have the authority to only
hear one (1) grievance at a time unless the parties otherwise
mutually agree and shall have authority to rule on procedural
arbitrability.

## ARTICLE 16 - PROFESSIONAL RESPONSIBILITIES

Section 16. 1.  Confidentiality of Information.  All employees are responsible for assuring confidentiality in the services given ECHS and for abiding by statutes and regulations protecting the confidential communication of clients and personal information in ECHS's possession about other employees.

Section 16. 2.  Private Practice.  Employees may not conduct private practice or consultative services during their hours of employment by ECHS or at ECHS's facilities. Employees may not provide such services to any individual who is then a client of ECHS or who has been treated by ECHS within the preceding ninety (90) days, without the prior written approval of the Executive Director. Employees may not directly or indirectly compete with ECHS with respect to clients, consumers or services that otherwise would be provided by ECHS.

Section 16. 3.  New hired ECHS clinical employees must sign a covenant not-to-compete covering post-employment in order to work at ECHS prior to being hired.

## ARTICLE 17 - PERSONNEL FILES

Each employee shall have the right, upon written request, to examine and copy, at his/her own expense, at a reasonable cost not to exceed five ($.05) cents per page, any and all materials contained in that employee's personnel file.  The Union shall have reasonable access to an employee's record upon written authorization by the employee involved and a twenty-four (24) hour advance notice is given to ECHS.

## ARTICLE 18 - EMERGENCY CLOSING

Section 18. 1.  From time to time, ECHS will close due to emergency and/or inclement weather (Emergency Closing).  ECHS is solely responsible for deciding when this occurs. Each of Eliot's service divisions has its own program specific inclement weather/ emergency closing policy and staffing protocols which are posted in an accessible area at each program. Employees are

responsible for adhering to these procedures in inclement weather and emergency closing situations.

Section 18. 2. Notwithstanding anything in this Article to the contrary, residential employees and employees designated as critical by the Executive Director are expected to work on days when ECHS is closed due to an emergency closing. Essential employees cannot take personal leave on days deemed as an emergency closing.

A     Eliot Division Vice Presidents or their designees may designate any position to be Non-Essential on any given day that is designated as an emergency closing day.

B.    Residential employees and those employees designated as critical cannot leave their shift in emergency situations prior to being relieved or without supervisory approval.

C.    Residential employees and those employees designated as critical who are required to stay beyond their normally scheduled shift at the request of ECHS because of an emergency closing situation, shall be entitled to be paid for all hours of work.

Section 18. 3. Fee for Services employees are not entitled to be paid for work lost due to an emergency closing.

## ARTICLE 19 - HEALTH AND SAFETY

1) The Employer will act promptly upon all reasonable health or safety requests and concerns by employees.

2) Each program shall have a protocol for what to do in the event of an emergency, including the threat of or the occurrence of violence, and each employee shall be trained in this protocol.

3) When an ECHS client has a history of violent behavior, any employees working with this client shall have access to that history and management shall inform staff of any urgent safety concerns as soon as possible.

4) The Union and ECHS have set up a joint committee to address safety issues. The committee shall meet regularly and at the request of either party for the purpose of promoting the safest

possible work environment for employees and clients. The committee will review the following on a monthly basis:

(A) Incidents of assault that result in injury to the Staff.
(B) Serious instances of threatening behavior.
(C) Other safety related issues as defined by the committee.

## ARTICLE 20 - LABOR-MANAGEMENT COMMITTEE

In order to provide a means for continuing communications between the parties and for a forum to discuss issues related to quality of client services, for promoting a climate of constructive labor-management relations, a Labor-Management Committee shall be established which shall consist of three representatives designated by ECHS and three representatives designated by the Union. Said Committee shall meet periodically to discuss topics of mutual concern to the parties, but such meetings shall not be for the purpose of conducting negotiations or discussing pending grievances, nor shall any matters discussed or decided upon at such meetings be subject to the grievance and arbitration provisions of this Agreement. The parties will strive to hold such meetings at least twice a year.

## ARTICLE 21 - BENEFITS

Section 21. 1. Participation in ECHS insurance plans listed below shall be available to employees covered by this Agreement who are eligible in accordance with the terms of the plans and the coverage commencement dates of the plan.

Section 21. 2. Employees and their eligible dependents may participate in the medical and dental plans beginning on the first day of the month following 2 months of employment. (Insurance for Fee-for-Service employees is addressed in Article 23.)

A.  Health Maintenance Organization – Employees who are regularly scheduled to work twenty (20) or more hours per week are eligible. Those employees who regularly work between twenty (20) and twenty-four (24) hours per week will contribute fifty (50) percent towards the cost of the plan selected. ECHS will contribute the remaining fifty (50) percent of the plan selected. Employees who are regularly scheduled to work twenty-five (25) hours or more per week will contribute twenty-five

(25) percent towards the plan selected. ECHS will contribute the remaining seventy-five (75) percent of the plan selected.

B.   **Dental Insurance**  Employees who are regularly scheduled to work at least twenty-five (25) hours per week are eligible. ECHS will contribute seventy-five (75) percent toward the cost of the plan. Those eligible employees will contribute the remaining twenty-five (25) percent of the plan. Employees who are regularly scheduled for twenty (20) to twenty-four (24) hours per week, may enroll in this plan at no cost to ECHS.

C. The current contribution percentages and eligibility requirements for medical and dental insurances will remain in effect until June 30, 2017.

## Section 21.3. Reimbursement

A. Effective 7-1-2014 thru 6-30-2017 Eliot will establish a $40,000 pool of money each fiscal year to be used to off set increased co-pays and deductibles for In-patient hospitalizations, Out-patient day surgeries, Emergency room visits which are urgent and of a serious nature and Physical Therapy co-payments. The reimbursements will be on a first come first serve basis until the pool of money is exhausted.

B. Eliot will notify the Union when 50% of the pool of money has been exhausted.

C. In order to receive this benefit the participant or family member must;

- ➤ Incur the expense during the plan year.
- ➤ Submit a request for re-imbursement to the Human Resources Department within 90 days of the reimbursable event.
- ➤ Include either an Explanation of benefits (EOB) or the actual hospital invoice with the request for reimbursement form.
- ➤ Provide any additional information as required to support the reimbursement.
- ➤ Employees will receive their reimbursement within two weeks after it has been submitted.

Section 21.4. Eligible employees may participate in the following insurance programs:

A.   Life Insurance.  Employees who are regularly scheduled to work for thirty (30) or more hours per week are eligible on the first of the month following date of hire. ECHS will contribute one hundred (100) percent of the total monthly premium. Any Grandfathered employee working between twenty-five (25) and twenty-nine (29) hours per week, who is currently enrolled in ECHS's life insurance plan, will continue to receive this benefit.

B.   Long Term Disability.  Employees, who are regularly scheduled to work thirty (30) hours or more per week are eligible on the first of the month following 90 days of employment. ECHS will contribute one hundred (100) percent of the total monthly premium.

C.   Short Term Disability.   Employees, who are regularly scheduled to work thirty (30) hours or more per week are eligible on the first of the month following 90 days of employment.  ECHS will contribute one hundred (100) percent of the total monthly premium.

Section 21.5. ECHS may implement changes with respect to insurance programs and may substitute for the present plans, another substantially equivalent plan. ECHS will notify the Union of its intention to change in a timely manner.

Section 21.6. ECHS shall be entitled to any dividends or refunds in connection with the insurance programs.

Section 21.7. Consistent with the rest of this Article, decisions made by an insurance carrier pertaining to the payment of benefits under existing policies or substituted policies as provided in this Article shall not be cause for nor subject to the grievance procedure or to arbitration under this Agreement.

Section 21.8. Should any federal or state legislation be effective during the term of this Agreement providing benefits paralleling any of those provided under this Article and imposing the cost thereof on ECHS, then and to that extent the parallel benefits provided under this Article shall cease and become inoperative, and ECHS shall be relieved of the cost there of.

<u>Section 21.9. Dependent Care.</u>  ECHS will provide a dependent care assistance program at no cost to ECHS.  Employees who work twenty five (25) hours or more per week are eligible to participate.

<u>Section 21.10. Employee Assistance Program.</u>   ECHS will offer an employee assistance program to eligible employees.

<u>Section 21.11. Tuition Reimbursement.</u> Employees may request and shall be granted up to $1000 per fiscal year as reimbursement to pay for relevant courses that are taken after the completion of the employee's probationary period.  The agency will spend up to $30,000 per year running from each July 1 to June 30 of the next year. Tuition reimbursement can be used for the following:

> ➤ Courses for continued licensure or certification.
> ➤ Job related courses, seminars, conferences and workshops.
> ➤ Professional license renewal.

1. Requests to use this reimbursement for relevant courses, continued licensure, certification or to attend relevant seminars and workshops need to receive prior supervisory approval and will not be unreasonably denied.

2. In order to receive course reimbursement:

> ➤Course must have received prior approval by Manager
> ➤Employee must earn a grade C or better, or a "pass" in a pass/fail course
> ➤Employee must submit receipt of payment and grade within 2 months of completion of the course.

3 Courses that are paid via loans are not eligible for reimbursement. Employees who actually make a loan payment, are entitled for reimbursement of that loan payment for the applicable course within the fiscal year to the limits set in section F above.

4. Any employee who uses this benefit will remain employed for at least three months after the final class or course has been reimbursed. Failure to adhere to this expectation will result in the employee having to repay the agency the full amount of the reimbursement they

received. This amount will be deducted from the employee's final pay check.

5. This benefit is paid on a pro-rated basis based upon the total hours paid for the previous 12 month period. Fee for Service (who bill less than 8 hours per week), Relief and Per Diem employees are not eligible for this benefit. Eligible FFS staff are paid this benefit on a pro-rated basis based upon the average of the total hours billed over the course of the previous fiscal year July to June. Reimbursement will be made based upon the average hours billed per week as follows:

   - 8-11 hours billed per week – 25% of reimbursement.
   - 12-15 hours billed per week – 50% of reimbursement.
   - 16-19 hours billed per week – 75% of reimbursement.
   - 20 or more hours billed per week – 100% of reimbursement.

Each eligible FFS staff will have their tuition reimbursement credit calculated each fiscal year to be used for the current year.

Section 21.12. Retirement Plan 401(K). All employees except non-resident aliens and Relief employees are eligible to participate in the 401(k) plan on the January 1st, April 1st, July 1st or October 1st following their date of hire.

Effective with the ratification of the Agreement, for each employee who contributes to the plan, the Employer shall contribute to the employee's account an amount equal to 50% of the amount contributed by the employee, to a maximum of three percent (3%) of the employee's gross earnings.

Employer contributions shall vest according to the terms of the plan. Effective with the date of ratification, Employer contributions shall vest in accordance with the following schedule based on the employee's years of service.

### Vesting Schedule

| Years of Service | Vested % |
|---|---|
| Less than 1 year | 0% |
| At least 1 year, but less than 2 | 25% |
| At least 2 years, but less than 3 | 50% |
| At least 3 years, but less than 4 | 75% |
| 4 years or more | 100% |

ARTICLE 22 - CLINIC SERVICE EXPECTATIONS

**Section 22. 1.** During the term of this Agreement, the standard of productive time established by ECHS will be a sixty-five (65) percent. If the percentage of the productive time averages below sixty-five (65) percent for a period of four months from the start of the fiscal year, disciplinary action can be taken. When productivity returns to 65% in any one of the remaining months of the same fiscal year, documentation of any disciplinary action will be removed from the record. Clinicians whose productivity standard is lower than 65% as of the effective date of this agreement shall retain the lower standard.

**Section 22. 2.** Definition of Productive time for Salaried Clinicians

Productive time for the general outpatient programs includes the following:

A.    All face-to-face billable clinical hours.

B.    All face-to-face billable C&E (consultation and education) hours.

C.    Therapy groups must have a minimum attending membership of three clients.  This number is acceptable on a temporary basis to allow time for active recruitment of new members.  If a group remains at this level for more than four consecutive meetings, the Clinical Director must be notified in order to decide if the group must end or will continue for a determined period of time.

D.    One (2) hour credit per four (4) hours intake shift.

E. Time spent at other activities as requested by the Clinical Director.  These may include but are not limited to:

- Staff Supervision
- Coordination, marketing, and PR assignments
- Travel
- Utilization Review
- Seminars and training presented
- Student supervision
- No call/no show appointment when ECHS collects full fee for the appointment hour
- Staff Meetings

- Quality Assurance meetings

F.   In order to receive productivity credit for direct service hours, clinicians should submit all necessary paperwork by the end of the business day that the client was seen but no later than by the close of business on Friday in the week in which the client was seen.

G.   The salaried clinician positions created in Lynn and Everett by the Pilot Program described as the "Agreement on Pilot Program for salaried Clinic Positions" shall be made into regular permanent bargaining unit positions under the terms and conditions of the collective bargaining agreement, thus eliminating the terms and conditions of the original Pilot Agreement. Eliot agrees to continue the Outpatient Clinician (formerly Pilot) incentive bonuses until June 30, 2017.

## Section 22.3 Fee for Service Clinicians

A.   Fee for Service Clinicians will be paid based on the "Clean Claim" report and the additional approved hours submitted by the FFS clinician.  A claim is considered "clean" if all necessary paperwork for billing purposes is submitted within the specified time frames.

B.   Fee for Service Clinicians are expected to provide at least 8 hours of billable service a week at a time that is convenient to the clinic.

C.   Fee for Service Clinicians who wish to take time off from their job need to give a reasonable notice.
D.   Fee for Service Clinicians who cannot attend work due to an illness must contact the Clinic Director at least 2 hours prior to their scheduled reporting time.

E.   Eliot reserves the right to pilot different initiatives that reward higher utilization, positive clinical outcomes, decrease in no-show/cancellation rates etc.  These initiatives will be negotiated with the Union prior to implementation.

F.   It is expected that all FFS clinicians will complete a diagnostic evaluation on all clients who they will see at the beginning of treatment.  FFS staff will be paid at the diagnostic evaluation rate (rate x 1.5) for completing a diagnostic evaluation.

G.  All FFS clinicians who provide between 15 and 19 billable hours per week, will be paid an additional 2 incentive credit hours, and who bill 20 or more hours per week will be paid an additional 1 incentive credit hour (for a total of 3 additional hours) as "incentive credits".

H. FFS clinicians who provide 20 or more billable hours on a weekly basis are eligible to obtain their health insurance from Eliot, beginning on the 1st of the month after they become eligible, and Eliot will pay in at 50% of the total cost.  FFS clinicians who provide 20 or more billable hours on a weekly basis (on average for a 1 month period) are eligible to buy into the dental insurance beginning on the 1st of the month after they become eligible at 100% of the cost.  If a clinician provides less than 20 hours for three consecutive months (not counting approved time off) then their health and dental insurance will be terminated. Reinstatement will not be an option until the next open enrollment period.

I. Fee for Service employees who attend Eliot sponsored training, with prior supervisory approval, will be paid at 50% their normal pay rate but no less than $ 15.00/hour for such training(s).

J.  FFS Clinicians will be paid at their regular rate for attending staff meetings, Utilization Review meetings, Quality Assurance meetings, and for providing supervision or attending other meetings that the Clinic Director may from time to time request.

K. Recognition: FFS clinicians who work less than an average of 35 hours per month will be excluded from the bargaining unit. Specialized clinicians who regularly worked less than 35 hours per month but were in the former Tri-City bargaining unit will remain in the bargaining unit for the duration of their Eliot employment.

L. Fee-for-service employees shall be paid at the following rates (before any increases described elsewhere in this agreement).  Those employees currently being paid at higher rates will retain their current rates:

Replace with updated rates
Fee-For-Service Rates

| Fee for Service Title | Rates effective 7-1-2014 |
|---|---|
| Licensed Ph.D (Therapy) | $33.91 |
| Non-licensed Ph.D. | $30.30 |
| MA | $28.27 |
| LICSW | $ 34.03 |
| LMHC | $ 34.03 |
| LMFT | $ 34.03 |
| LCSW | $28.27 |
| LADAC | $34.03 |
| CADAC | $21.02 |
| Diagnostic Evaluation-LCSW/MA | $40.91 |
| Diagnostic Evaluation-LICSW/LMHC | $48.05 |
| Diagnostic Evaluation-Ph.D. | $50.86 |
| BA Developmental Specialist (EI) | $28.37 |
| MA Developmental Specialist (EI) | $30.64 |
| Speech Pathologist (EI) | $49.92 |
| Occupational Therapist (EI and DCF) | $49.92 |
| Physical Therapist (EI) | $49.92 |
| LPN | $24.24 |
| RN | $38.38 |
| Translator | $26.62 |
| DUIL | $60.61 |
| DUIL-Intake | $32.54 |
| Groups- 3-8 members unlicensed clinician | $54.54 |
| Groups- 3-8 members licensed clinician | $64.14 |
| Groups- 9-10 members unlicensed clinician | $65.65 |
| Groups- 9-10 members licensed clinician | $76.76 |
| Group  Facilitator – Batterers Intervention | $17.67 |
| Therapeutic Mentor | $20.00 |
| IHT Case Manager | $20.00 |
| IHT Clinician | $20.00 |
| CSA Family Partner | $20.00 |

As FFS employees reach 10 years and 15 years respectively their
rates will be increased by 3%.

## 22.4 Early Intervention

1. The productivity standard for Early Intervention salaried staff is 55% of the hours worked each week/month.

2. When the Early Intervention Director requires attendance at a special meeting fee-for-service clinicians who attend shall be paid at their regular rate.

3. Fee for Service Clinicians will be paid based on the "Clean Claim" report and the additional approved hours submitted by the FFS clinician. A claim is considered "clean" if all necessary paperwork for billing purposes and for the DPH EIIS system is submitted within the specified time frames.

4. In order to receive productivity credit for direct service hours, clinicians should submit all necessary paperwork by the end of the business day that the client was seen but no later than by the close of business on Friday in the week in which the client was seen. When clients are seen on a Friday, the billing can be submitted by the end of the business day on the following Monday.

5. FFS clinicians who provide 20 or more billable hours on a weekly basis are eligible to obtain their health insurance from Eliot, beginning on the 1st of the month after they become eligible, and Eliot will pay in at 50% of the total cost. FFS clinicians who provide 20 or more billable hours on a weekly basis (on average for a 1 month period) are eligible to buy into the dental insurance beginning on the 1st of the month after they become eligible at 100% of the cost. If a clinician provides less than 20 hours for three consecutive months (not counting approved time off) then their health and dental insurance will be terminated. Reinstatement will not be an option until the next open enrollment period.

## ARTICLE 23 - NO STRIKES AND LOCKOUTS

<u>Section 23. 1.</u>  During the life of this Agreement or extension thereof there shall be no picketing (at any building or facility in any way associated with or related to ECHS), no strikes of any kind whatsoever (whether general sympathy, related to unfair labor practices), walkouts, work stoppages, sit down, slowdowns, sickouts, mass absenteeism, boycotts, or any other direct or

indirect interference with ECHS activities or operations during
the term of this Agreement and any extensions and renewals
thereof.

Section 23. 2.  The Union agrees that, in the event of any
violation of Section 24.1 above, the Union shall order
immediately that such violation cease and that work be fully
resumed. No grievance or other dispute shall be taken up for
discussion and settlement by the parties until all such
violations have ended. The Union and its agents or officials
agree that they will not authorize, investigate, aid or condone
any of the activities prohibited in Section 24.1 above.

Section 23. 3.  Any or all employees participating in or
promoting any activity prohibited by Section 24.1,, shall be
subject to disciplinary action, including termination, and any
such action imposed shall not be subject to the grievance and/or
arbitration procedures of this Agreement except for the purpose
of determining whether the employee engaged in such acts.

Section 24. 4.  ECHS agrees not to conduct a lockout during the
term of this Agreement and any extension and renewal thereof.

## ARTICLE 24 - TEMPORARY TRANSFERS

Section 24. 1.  Employees may be temporarily transferred to a
classification in the bargaining unit other than their own.
When such transfers occur, an employee shall be paid at the rate
of the classification to which they are transferred or at their
own rate, whichever is higher. A transfer is defined as
performing a substantial amount of duties of another
classification in the bargaining unit on a regular basis for
more than eight (8) consecutive hours or more than sixteen (16)
hours in a week.

Section 24. 2.  This Article shall not apply in the following
situations:

A.    If the employee temporarily fills in for another employee
in a different classification as part of his/her normal duties.

B.    If an employee fills in for another employee in a different
classification due to vacation, personal leaves without pay,
jury duty, holidays, bereavement leave, educational leave or
medical leave, for five (5) or less days.

C.   An employee is temporarily performing in another
classification in order to be trained for that job.

## ARTICLE 25 - CLASSIFICATION/COMPENSATION

Section 25. 1.   Wage and classification policies are as follows:

A.   Effective July 1, 2014 through June 30, 2015, eligible
employees, excluding Fee for Service, Relief and Per Diem
employees, will receive a 3.0% salary increase on their
anniversary date of employment.

B.   Effective July 1, 2015 through June 30, 2016, eligible
employees, excluding Fee for Service, Relief and Per Diem
employees, will receive a 2.5% salary increase on their
anniversary date of employment.

C.   Effective July 1, 2016 through June 30, 2017, eligible
employees, excluding Fee for Service, Relief and Per Diem
employees, will receive a 2.0% salary increase on their
anniversary date of employment.

D. Effective July 1, 2014 the Agency Relief rate of pay will
increase to $12.00/hour.

E. In the event the Commonwealth makes available additional
funds for pay increases for employees who participate in
trainings, so-called Quality Care payments, the employer will
distribute the funds in accordance with state requirements.  To
the extent distribution of such funds or related training
requirements are discretionary, the parties agree to reopen the
contract for the purposes of bargaining over such discretionary
distribution and related training requirements.

F. In the event the Commonwealth makes available additional
funds for pay raises for employees from state funds commonly
known as the "salary reserve", the parties agree to re-open the
contract for the purposes implementing the conditions of the
funding.

G. Promotions, Move to Higher Paid Jobs.  Any employee receiving
a promotion within the bargaining unit will receive a pay
increase equal to the percentage difference in the starting
rates between the classifications involved.

H. Transfers to Lower Paid Job.  Any employee who transfers to a lower paid job will receive a pay decrease equal to the percentage difference in the starting rates between the classifications involved.

I.  Fill-in at Lower Paid Job.  ECHS will pay an employee's regular pay rate if the employee fills in any open shifts in a lower paid job.

Section 25.2 Seniority Bonus.  The parties agree that upon ratification of the contract each employee who reaches the following anniversaries with the agency will receive bonuses in the accompanying amounts:

| Anniversary | Bonus (pro-rated) |
| --- | --- |
| 3rd(after 7-1-2012) | $150 |
| 5th | $300 |
| 10th | $500 |
| 15th | $800 |
| 20th | $1000 |
| 25th | $1500 |
| 30th | $2000 |

Section 25. 3.  Payment of Wages.

A. All employees are required to be enrolled in direct deposit as a condition of employment. Employees who are receiving paper checks on 7-1-2011 are excluded from this requirement.

B. Wages shall be paid on a bi-weekly basis in accordance with the terms of this Agreement.

C. Fee For Service employees will be paid in accordance with Article 22.3.

D.  Recruitment Rate

　　(1)  ECHS reserves the right to recruit individuals at a salary up to ten (10) percent higher than that established in Appendix A. Hard to recruit positions are defined as those which if left vacant would:

　　　　(a)  Jeopardize the continuation or procurement of contracts; and

        (b)   Threaten the safety of employees and consumers.
   (2)   Before filling a hard to recruit position under this
         section, ECHS will take reasonable steps to advertise
         for such a position for at least three (3) months in
         accordance with its regular advertising procedure. In
         filling hard to recruit positions under this section,
         qualified employees will be given preference on the
         basis of seniority.

   (3)   When designating a position hard to recruit under this
         section, the employer will notify the Union and post
         the position as hard to recruit for the required
         posting period.  At the request of the Union, Eliot
         will engage in impact bargaining over the effect of
         the decision to designate the position as hard to
         recruit prior to implementation of the recruitment
         rate.

E. Employees pay information is provided on the Human Resources
Information System (HRIS) portal. Paper pay stubs are not
provided to employees.

Section 25.4  Bilingual Pay. If the Employer requires foreign or
sign language ability as an essential requirement for a
bargaining unit position that is initially posted as such, the
Employer will pay that employee a differential equal to 6% of an
employee's base salary.

If an employee's job responsibilities change over time to
require a foreign language ability, the employee may request to
receive the 6% bi-lingual differential as of the date of the
requirement subject to management review and approval.

                ARTICLE 26 - COMPLETENESS OF AGREEMENT

Section 26. 1.  The parties acknowledge that during the
negotiations which resulted in this Agreement, each had the
unlimited right and opportunity to make demands and proposals
with respect to any subject or matter not removed by law from
the area of collective bargaining, and that the understandings
and agreements arrived at by the parties after the exercise of
that right and opportunity are set forth in this Agreement.

This Agreement contains the complete agreement of the parties,
and no additions, waivers, deletions, changes or amendments
shall be effective during the life of this Agreement, unless

evidenced in writing, dated and signed by the parties hereto. A waiver or failure to enforce any provision or provisions of this Agreement in a specific case shall not constitute a precedent with respect to future enforcement of all the terms and conditions of this Agreement, nor preclude either party from relying upon or enforcing such provision or provisions in any other case.

Section 26. 2.   Any prior Agreement or previous past practices covering bargaining unit employees shall be terminated upon the effective date of this Agreement and shall be superseded by this Agreement.

### ARTICLE 27 - MISCELLANEOUS

Section 27. 1.   All references to "Executive Director" are intended to be references to the Acting Executive Director, if the position of Executive Director is vacant or to the Executive Director's designee, if the Executive Director chooses to delegate any responsibility under this Agreement. If the Executive Director designates someone to act in his/her place in connection with the grievance and arbitration procedure, whenever possible, the Union shall be notified of the identity of the designee at least one (1) day in advance.

Section 27.2   The Agency will reimburse the IRS mileage rate to be adjusted non-retroactively on July 1 of each year.

Section 27.3   ECHS agrees to pay Supported Housing Residential Case managers a maintenance stipend of $100.00 a quarter provided that he/she averages 500 miles or more per month driving their personal cars for work purposes.

Section 27.4    ECHS will take whatever actions are necessary to comply with the Americans Disability Act.

Section 27.5  Recruitment.  Any employee who recruits a new employee who remains employed for at least 6 months will receive a $200.00 bonus

Section 27.6  Parking Tickets

   A. Employees who receive a parking ticket while on-duty and
      who believe circumstances warrant that Eliot reimburse for
      the ticket may file a request to the ECHS Sr. Vice

President who may, in her/his judgment, choose to
reimburse.

B.  Employees using Eliot vans in the course of their employment
duties are responsible for payment of any toll violations.

Section 27.7 Job Descriptions. All job descriptions ending with
a broad statement of availability for duties will use the
following statement for this purpose: "Employee will perform
other 'job-related' duties as assigned".

Section 27.8  Training.  All staff, upon request of the
employee, may receive training to work in other divisions.

Section 27.9  Maintenance of Properties

A. Employees shall not be required to shovel snow, except, when
residential employees are in emergency situations that either
compromise the programs operations and or jeopardize the health
and safety of the staff and clients.

B.  Employees shall not be required to mow lawns, perform
landscaping or maintenance duties. Non-routine housekeeping
duties will be addressed on a case by case basis.

Section 27.10 Transportation Insurance. ECHS will provide
automobile liability coverage for employees who use their own
vehicles on ECHS business, with supervisory approval, for
protection specifically from lawsuits regarding Bodily Injury
and Property Damage.

Section 27.11 Damage to Employee Property ECHS agrees to cover
the cost of damages to employees' property during work time by
clients. If ECHS in its discretion, without acting arbitrarily
or capriciously, determines that an employee's vehicle, eye
glasses, hearing aids, braces or other similar prosthetic
devices are damaged by a client, ECHS agrees to pay an amount
equal to the deductible for damages or the cost of the item,
whichever is less.

Section 27.12 Dignity and Respect ECHS and the Union agree that
all employees, supervisors, managers and person served must be
treated with dignity and respect.

## ARTICLE 28 - CONTRACT SAVINGS CLAUSE

It is understood and agreed that this Agreement is subject to all applicable laws now or hereafter in effect, and to the lawful regulations, rulings and orders of regulatory commissions or agencies having jurisdiction. Accordingly, if any provision of this Agreement is in contravening of such laws, regulations, rulings or orders such provision of the Agreement shall be made to conform to the law, ordinance, order or ruling, and otherwise the Agreement shall continue in full force and effect.

## ARTICLE 29 - SUCCESSORSHIP

In the event of merger, sale, or transfer of the ownership of Eliot Community Human Services Inc., or any part thereof, E.C.H.S. Inc. will notify the Union within thirty days prior to final board approval of such merger, sale, or transfer. This Collective Bargaining Agreement shall be binding upon the Union and E.C.H.S. Inc., or any successor thereof. In the event E.C.H.S. desires an agreement to merge, sell or transfer ownership and/or management of its operations in whole or in part, it shall be a condition of any such agreement, and be inserted into any such agreement that this Collective Bargaining Agreement and all the obligations thereof shall be binding upon any purchaser, transferee or other successor.

## ARTICLE 30- EFFECTIVE DATE AND DURATION

Except as otherwise provided within, this Agreement shall become effective as of July 1, 2014 and continue in full force and effect through June 30, 2017 and thereafter from year to year unless terminated by written, certified notice given by either party to the other party of not less than ninety (90) days prior to the expiration of the above stated period or any subsequent year of the existence of this Agreement, or until a successor agreement is executed or an impasse in negotiations is reached.

IN WITNESS WHEREOF, the parties have executed this Agreement, as of 1st day of July 2014.

For ECHS, Inc                          For Local 509 SEIU AFL/CIO/CLC

_____ 9/5/14            _____

_____ 9/5/14            _____

APPENDIX A.   Entry Level Salaries

Entry Level Salaries in the back of the contract

## APPENDIX B

The Employer will make every reasonable effort to have enough support staff such that their responsibilities can include:

1.  File clinical paperwork, correspondence etc.

2.  Continue to notify clinicians regarding prior approvals needed for insurance purposes.

3.  Continue to copy and send out information for release of information requests.

4.  Continue to follow up on fee collection and verify insurance status.

5.  Continue to have all clinical forms on computers and have them available for clinician use during daytime hours.

Note:

The shortening of the language in this Appendix is not intended to transfer job duties from clerical to clinical staff.

## APPENDIX C
### FIRST MEMO OF AGREEMENT:
PUNCH-IN'S, CALL-IN'S, OVERNIGHT POLICIES,
STAFF MEETINGS FOR DCF OVERNIGHT STAFF

SEIU Local 509 (the Union) and Eliot Community Human Services (the Employer) agree to the following:

1. Effective 12:00 a.m. on Sunday, January 4, 2004, Eliot will not require any of its staff to punch in or call in or by any other method prove that they are awake more often than once per hour beginning one hour after the beginning of their shift. Any punch-in, call-in, etc. within five minutes of the required punch-in time will be valid.

   For DYS:   Will continue current overnight practice of five (5) minute bed checks documented in the log and fifteen (15) minute log entries. For good cause, Eliot may institute a one hour punch-in/call-in procedure in the future. Eliot will notify the Union of its intent to do so if the need arises.

   For DCF:   If any punch-in is made late or not at all, it needs to be documented in the log. If there are two consecutive missed punch-ins, immediate on-call notification is required. Physical room checks and log book entries will be required no more often than every fifteen minutes.

2. If any State policy should require Eliot to implement stricter policies which violate the agreements in number one (1), Eliot will notify the Union immediately, provide a copy of the State policy to the Union Representative and the Union may bargain with Eliot over the implementation and the impact of the new policy.

3. For as long as Eliot holds to the agreements in number one (1) above, the Union agrees it will not make any claim to the NLRB in order to secure the inclusion of clinical coordinators and educational coordinators into the bargaining unit. However, no more than one clinical coordinator or one educational coordinator will be excluded on this basis per worksite (Harvard House, Kelliher, etc.).

4. Regarding DCF:
   a)  Programs with one overnight staff will not be required
       to do cleaning duties.
   b)  For streamlining:  there will be a log summary at top
       of each page indicating the names of the kids who are
       in the program and the bedroom and bed in which they
       are sleeping.
   c)  As currently required, all client activity will be
       documented in the log when it occurs.
   d)  As currently required, all staff correspondence will
       be documented in the log when it occurs.
   e)  Damaged or malfunctioning clocks should be reported to
       on-call as soon as problem is recognized.  If clock is
       not working, then manual clock entries will be made on
       the time card.

5. Regarding DCF Staff Meetings:
   a)  DCF overnight staff will be required to attend only
       one mandatory staff meeting a month.  This meeting
       will be scheduled by the Program Manager.
   b)  The date and time of this meeting each month will be
       scheduled at a time convenient for both management and
       overnight staff.  This will be on a program by program
       basis.
   c)  Day staff will be required to attend all four meetings
       each month to the extent currently required in each
       program.
   d)  Overnight staff will be responsible for the
       information/materials discussed or reviewed at staff
       meeting.
   e)  Overnight staff will be required to read the minutes
       from the staff meetings they were not mandated to
       attend and sign off on those minutes.

6. This agreement is binding on the parties, but entirely non-
   precedent setting:  nothing in this agreement may be
   considered or used as a precedent by either party for any
   purpose.


                    [signed December 29, 2003]

## Appendix D

Options to reduce Forced Overtime (referred to in Article 6.2)

o A voluntary on-call system in which employees sign up to be on-call for certain shifts. The on-call staff would only be called if there were no volunteers to work the shift and would receive forced pay (as described in 6.2C below) for any hours worked after being called in. The on-call staff would be called prior to forcing someone to stay an additional shift. On-call staff would have the same expectation to report to work if called in as for their regularly scheduled shifts.

o Offering overtime to employees in other programs in a similar service in the division or in other services or divisions at the Employer's discretion.

o Offering mileage reimbursement to and from the program in question to staff volunteering for overtime in programs other than their regularly assigned program.

o Offering overtime pay for any extra shifts worked in the program, regardless of whether or not the employee worked more than 40 hours in the week provided such employees do not call in sick later in the same week.

## Appendix E

Transfers between Non-Union and Union positions

If a union member with more than one year seniority takes a non-union position and then gets hired back into another union position within a year of leaving the union, the following will take place:

> Back to same union position:
>> Seniority date adjusted (deducting the non-union time).
>> Return to their same union pay rate.
>> Adjusted seniority date to be used for future anniversary increases and seniority bonuses.

> Back to different union position:
>> Seniority date adjusted (deducting the non-union time).
>> Use promotion/transfer calculation to determine new pay rate.
>> Adjusted seniority date to be used for future anniversary increases and seniority bonuses.

If a union member with less than one year seniority takes a non-union position and then gets hired back into another union position within a year of leaving the union, the following will take place:

> Employee will be paid at the entry level rate for the position for which they are hired into.
> Employee's rehire date into the union will be used for seniority, anniversary increases and seniority bonuses.

If a union member with more than one year seniority takes a non-union position and then gets hired back into another union position after a year of leaving the union, the following will take place:

> Employee will be paid at the entry level rate for the position for which they are hired into.
> Employee's rehire date into the union will be used for seniority, anniversary increases and seniority bonuses.

## Sideletter

Eliot Community Human Services, Inc. (ECHS) and SEIU Local 509 agree that the collective bargaining agreement effective 5/1/08 serves to create a single bargaining unit of employees represented by SEIU Local 509 at ECHS.


_____               _____

for Eliot Community Human Services, Inc.                Date


_____               _____

for SEIU Local 509

Eliot Community Human Services, Inc.
Union Jobs Starting Salary - Annual AMB
Effective 7/1/2014

| Job Title | Job Code | Starting pay |
|---|---|---|
| Administrative Assistant CSA | AMADACSA | 26,840.45 |
| Administrative Assistant Concord Clinic | AMAACONC | 26,840.45 |
| Administrative Assistant ESP/ADT | AMAAESAD | 23,893.68 |
| Advanced Care Coordinator | AMACCCSA | 44,187.00 |
| AOS OP Lynn-ESP | AMAOSESP | 23,893.68 |
| AOS OP Lynn-Everett Clin | AMAOSLYE | 23,893.68 |
| Billing Specialist | AMBILLSP | 24,422.73 |
| Care Coordinator BA CSA | AMCCBCSA | 36,410.50 |
| Care Coordinator MA CSA | AMCCMCSA | 41,612.00 |
| Care Coordinator LICSW,LMHC | AMCCLCSA | 43,112.00 |
| Case Manager CCS Day | AMCMCCSD | 30,300.00 |
| Case Manager CCS Eve/Wknd | AMCMCCSE | 33,532.00 |
| Case Manager CCS O/N | AMCMCCSO | 36,764.00 |
| Case Manager CSP | AMCMGCSP | 32,511.35 |
| Case Manager IHT | AMCMGIHT | 28,422.59 |
| Clinician CCS Day | AMCLCCSD | 36,865.00 |
| Clinician CCS Eve/Wkd | AMCLCCSE | 39,390.00 |
| Clinician CCS Overnight | AMCLCCSO | 48,985.00 |
| Clinician Master Lvl IHT | AMCLMAIH | 40,804.00 |
| Clinician IHT LICSW,LMHC | AMCLLIHT | 42,304.00 |
| Community Intervention Spec Day | AMCISPDY | 30,300.00 |
| Community Intervention Spec Eve/Wk | AMCISEVW | 33,532.00 |
| Community Intervention Spec O/N | AMCISOVN | 36,764.00 |
| Family Partner CSA | AMFPTCSA | 30,300.00 |
| Family Partner Yth Mb Day | AMFPYMDY | 30,300.00 |
| Family Prtnr Yth Mb Eve/Wkd | AMFPYMEV | 33,532.00 |
| Family Prtnr Yth Mb Overnight | AMFPYMON | 36,764.00 |
| Intake Coordinator CBHI | AMICCBHI | 45,000.00 |
| LICSW ADT | AMLCSWAD | 31,381.54 |
| Lead Clinician Yth Mb Day | AMLCYMDY | 43,480.00 |
| Lead Clinician Yth Mb Eve/Wkd | AMLCYMEV | 45,450.00 |
| LICSW ADT | AMLICSAD | 36,431.44 |
| LMHC ADT | AMLMHCAD | 32,654.63 |
| LPN Day ESP | AMLPNESD | 50,710.08 |
| LPN Eve/Wkd ESP | AMLPNESE | 54,540.00 |
| LPN Overnight ESP | AMLPNESO | 58,580.00 |
| Master Clinician ADT | AMCLMAAD | 27,626.98 |
| Med Rec Librarian | AMMEDREC | 23,891.56 |
| Mental Health Counselor II Intake Coord | AMMHCOU2 | 37,284.62 |
| Mental Health Counselor II Intake Coord LICSW | AMMHC2LI | 40,000.00 |
| Mobile Crisis Clinician Day ESP | AMMCRCLD | 36,865.00 |
| Mobile Crisis Clinician Eve/Wkd ESP | AMMCRCLE | 39,390.00 |
| Mobile Crisis Clinician Overnight ESP | AMMCRCLO | 48,985.00 |
| Nurse Clinician BSN | AMNCLBSN | 85,900.99 |
| Nurse Clinician MSN | AMNCLMSN | 41,842.05 |
| Outpatient Clinician LICSW,LMHC,LMFT | AMOPCLIN | 40,000.00 |
| Outpatient Clinician MA | AMOPCLIN | 38,000.00 |
| Peer Specialist Day ESP | AMPSDYES | 30,300.00 |
| Peer Specialist Eve/Wkd ESP | AMPSEVES | 33,532.00 |
| Peer Specialist Overnight ESP | AMPSONES | 36,764.00 |
| Psychologist | AMPSYCH4 | 44,514.37 |
| Receptionist-Lynn Clinic | AMRCPTLY | 23,893.68 |
| RN Day ESP | AMRNDYES | 60,810.08 |
| RN Eve/Wkd ESP | AMRNEVES | 64,640.00 |
| RN Overnight ESP | AMRNONES | 68,680.00 |
| Social Worker III Concord | AMSW3CON | 34,651.78 |
| Social Worker IV Concord | AMSW4CON | 38,326.75 |
| Sr Clinician CCS Day | AMSCCCSD | 40,400.00 |
| Sr Clinician CCS Eve/Wkd | AMSCCCSE | 42,925.00 |
| Sr Clinician CCS Overnight | AMSRCCSO | 48,985.00 |
| Sr Mobile Crisis Clinician Day ESP | AMSMCCDY | 40,400.00 |
| Sr Mobile Crisis Clinician Eve/Wkd ESP | AMSMCCEV | 42,925.00 |
| Sr Mobile Crisis Clinician Overnight ESP | AMSMCCON | 48,985.00 |
| Sr Youth Mobile Crisis Clinician Day | AMSYMCCD | 40,400.00 |
| Sr Youth Mobile Crisis Clinician Eve/Wkd | AMSYMCCE | 42,925.00 |
| Sr Youth Mobile Crisis Clinician Overnight | AMSYMCCO | 48,985.00 |
| Therapeutic Mentor | AMTHERME | 29,422.59 |
| Triage Supervisor Eve/Wkd ESP | AMTRSPVE | 48,480.00 |
| Triage Supervisor Day ESP | AMTRSPVD | 45,450.00 |
| Triage Supervisor Overnight ESP | AMTRSPVO | 51,510.00 |
| Youth Mobile Crisis Clinician Day | AMYMCCDY | 36,865.00 |
| Youth Mobile Crisis Clinician Eve/Wkd | AMYMCCEV | 39,390.00 |
| Youth Mobile Crisis Clinician Overnight | AMYMCCON | 48,985.00 |

*Effective 9/14/14

Eliot Community Human Services, Inc.
Union Jobs Starting Salary - Hourly AMB
Effective 7/1/2014

| Job Title | Job Code | Starting pay |
|---|---|---|
| Administrative Assistant CSA | AMADACSA | 12.9041 |
| Administrative Assistant Concord Clinic | AMAACONC | 12.9041 |
| Administrative Assistant ESP/ADT | AMAAESAD | 11.4873 |
| Advanced Care Coordinator | AMACCCSA | 21.2400 |
| AOS OP Lynn-ESP | AMAOSESP | 11.4873 |
| AOS OP Lynn-Everett Clin | AMAOSLYE | 11.4873 |
| Billing Specialist | AMBILLSP | 11.7417 |
| Care Coordinator BA CSA | AMCCBCSA | 17.5000 |
| Care Coordinator MA CSA | AMCCMCSA | 20.0000 |
| Care Coordinator LICSW,LMHC | AMCCLCSA | 20.7269 |
| Case Manager CCS Day | AMCMCCSD | 14.5673 |
| Case Manager CCS Eve/Wknd | AMCMCCSE | 16.1212 |
| Case Manager CCS O/N | AMCMCCSO | 17.6750 |
| Case Manager CSP | AMCMGCSP | 15.6305 |
| Case Manager IHT | AMCMGIHT | 14.1455 |
| Clinician CCS Day | AMCLCCSD | 17.7236 |
| Clinician CCS Eve/Wkd | AMCLCCSE | 18.9375 |
| Clinician CCS Overnight | AMCLCCSO | 23.5505 |
| Clinician Master Lvl IHT | AMCLMAIH | 19.6173 |
| Clinician IHT LICSW,LMHC | AMCLLIHT | 20.3384 |
| Community Intervention Spec Day | AMCISPDY | 14.5673 |
| Community Intervention Spec Eve/Wkd | AMCISEVW | 16.1212 |
| Community Intervention Spec O/N | AMCISOVN | 17.6750 |
| Family Partner CSA | AMFPTCSA | 14.5673 |
| Family Partner Yth Mb Day | AMFPYMDY | 14.5673 |
| Family Prtnr Yth Mb Eve/Wkd | AMFPYMEV | 16.1212 |
| Family Prtnr Yth Mb Overnight | AMFPYMON | 17.6750 |
| Intake Coordinator CBHI | AMICCBHI | 21.6846 |
| LCSW ADT | AMLCSWAD | 15.0873 |
| Lead Clinician Yth Mb Day | AMLCYMDY | 20.8798 |
| Lead Clinician Yth Mb Eve/Wkd | AMLCYMEV | 21.8510 |
| LICSW ADT | AMLICSAD | 17.5151 |
| LMHC ADT | AMLMHCAD | 15.6993 |
| LPN Day ESP | AMLPNESD | 24.3798 |
| LPN Eve/Wkd ESP | AMLPNESE | 26.2212 |
| LPN Overnight ESP | AMLPNESO | 28.1635 |
| Master Clinician ADT | AMCLMAAD | 13.2822 |
| Med Rec Librarian | AMMEDREC | 11.4863 |
| Mental Health Counselor II Intake Coord | AMMHCDU2 | 17.8051 |
| Mental Health Counselor II Intake Coord LIC | AMMHC2LI | 19.2308 |
| Mobile Crisis Clinician Day ESP | AMMCRCLD | 17.7236 |
| Mobile Crisis Clinician Eve/Wkd ESP | AMMCRCLE | 18.9375 |
| Mobile Crisis Clinician Overnight ESP | AMMCRCLO | 23.5505 |
| Nurse Clinician BSN | AMNCLBSN | 17.2601 |
| Nurse Clinician MSN | AMNCLMSN | 20.1164 |
| Outpatient Clinician LICSW,LMHC,LMFT | AMOPCLIN | 19.2308 |
| Outpatient Clinician MA | AMOPCLIN | 18.2692 |
| Peer Specialist Day ESP | AMPSDYES | 14.5673 |
| Peer Specialist Eve/Wkd ESP | AMPSEVES | 16.1212 |
| Peer Specialist Overnight ESP | AMPSONES | 17.6750 |
| Psychologist IV | AMPSYCH4 | 21.4011 |
| Receptionist-Lynn Clinic | AMRCPTLY | 11.4873 |
| RN Day ESP | AMRNDYES | 29.2856 |
| RN Eve/Wkd ESP | AMRNEVES | 31.0769 |
| RN Overnight ESP | AMRNONES | 33.0192 |
| Social Worker III Concord | AMSW3CON | 16.6595 |
| Social Worker IV Concord | AMSW4CON | 18.4263 |
| Sr Clinician CCS Day | AMSCCCSD | 19.4231 |
| Sr Clinician CCS Eve/Wkd | AMSCCCSE | 20.8370 |
| Sr Clinician CCS Overnight | AMSCRCCSO | 23.5505 |
| Sr Mobile Crisis Clinician Day ESP | AMSMCCDY | 19.4231 |
| Sr Mobile Crisis Clinician Eve/Wkd ESP | AMSMCCEV | 20.8370 |
| Sr Mobile Crisis Clinician Overnight ESP | AMSMCCON | 23.5505 |
| Sr Youth Mobile Crisis Clinician Day | AMSYMCCD | 19.4231 |
| Sr Youth Mobile Crisis Clinician Eve/Wkd | AMSYMCCE | 20.8370 |
| Sr Youth Mobile Crisis Clinician Overnight | AMSYMCCO | 23.5505 |
| Therapeutic Mentor | AMTHERME | 14.1455 |
| Triage Supervisor Eve/Wkd ESP | AMTRSPVE | 23.3077 |
| Triage Supervisor Day ESP | AMTRSPVD | 21.8510 |
| Triage Supervisor Overnight ESP | AMTRSPVO | 24.7644 |
| Youth Mobile Crisis Clinician Day | AMYMCCDY | 17.7236 |
| Youth Mobile Crisis Clinician Eve/Wkd | AMYMCCEV | 18.9375 |
| Youth Mobile Crisis Clinician Overnight | AMYMCCON | 23.5505 |

*Effective 9/14/14

**Eliot Community Human Services, Inc.**
**Union Jobs Starting Salary - Annual  DCF**
**Effective 7/1/2014**

| Job Title | Job Code | Starting pay |
|-----------|----------|--------------|
| Administrative Assistant | SSADMAST | 27,457.65 |
| Community Clinician | SSCOMMCL | 45,000.00 |
| Overnight Group Care Worker GH | SSONGCWG | 25,405.98 |
| Overnight Group Care Worker II GH | SSONGCW2G | 28,389.00 |
| Overnight Group Care Worker STARR | SSONGWST | 25,405.98 |
| Overnight Group Care Worker II STARR | SSONGW2S | 28,389.00 |
| Peer Specialist | SSPEERSP | 29,889.00 |
| Registered Nurse | SSREGNUR | 61,418.15 |
| Transitional Coordinator GH | SSTCGRHM | 29,889.00 |
| Transitional Coordinator STARR | SSTCSTAR | 29,889.00 |

**Eliot Community Human Services, Inc.**
**Union Jobs Starting Salary – Hourly DCF**
**Effective 7/1/2014**

| Job Title | Job Code | Starting Pay |
|---|---|---|
| Administrative Assistant | SSADMAST | 13.2008 |
| Community Clinician | SSCOMMCL | 21.6346 |
| Overnight Group Care Worker GH | SSONGCWG | 12.2144 |
| Overnight Group Care Worker II GH | SSONGCW2G | 13.6486 |
| Overnight Group Care Worker STARR | SSONGWST | 12.2144 |
| Overnight Group Care Worker II STARR | SSONGW2S | 13.6486 |
| Peer Specialist | SSPEERSP | 14.3700 |
| Registered Nurse | SSREGNUR | 29.5279 |
| Transitional Coordinator GH | SSTCGRHM | 14.3700 |
| Transitional Coordinator STARR | SSTCSTAR | 14.3700 |
| | | |
| Relief Worker | SSRELIEF | 12.00 |

**Eliot Community Human Services, Inc.**
**Union Jobs Starting Salary - Annual  DDS**
**Effective 7/1/2014**

| Job Title | Job Code | Starting pay |
|---|---|---|
| BI Overnight/Asleep Counselor | DDBIOASC | 23,061.53 |
| BI Overnight/Awake Counselor | DDBIOAWC | 25,359.60 |
| BI Residential Case Manager | DDBIRCMG | 29,142.05 |
| BI Residential Counselor | DDBIRESC | 26,863.98 |
| | | |
| ABI Specialist | DDABISPC | 29,142.05 |
| Employment Specialist | DDEMPSPC | 27,766.12 |
| Habilitation Aide | DDHABAID | 25,188.94 |
| Habilitation Specialist | DDHABSPC | 25,797.93 |
| Job Developer | DDJOBDEV | 31,734.39 |
| Overnight Asleep Counelsor | DDOASCOU | 22,388.07 |
| Overnight Awake Counselor | DDOAWCOU | 24,696.14 |
| Registered Nurse Residential | DDRNRESD | 66,560.00 |
| Registered Nurse Kellher | DDRNKELL | 60,320.00 |
| Residential Case Manager | DDRESCMG | 27,551.06 |
| Residential Counselor | DDRESCOU | 24,984.25 |
| Vocational Instructor | DDVOCINS | 25,797.93 |

**Eliot Community Human Services, Inc.**
**Union Jobs Starting Salary - Hourly DDS**
**Effective 7/1/2014**

| Job Title | Job Code | Starting pay |
|---|---|---|
| BI Overnight/Asleep Counselor | DDBIOASC | 11.0873 |
| BI Overnight/Awake Counselor | DDBIOAWC | 12.1921 |
| BI Residential Case Manager | DDBIRCMG | 14.0106 |
| BI Residential Counselor | DDBIRESC | 12.9154 |
| | | |
| ABI Specialist | DDABISPC | 14.0106 |
| Employment Specialist | DDEMPSPC | 13.3490 |
| Habilitation Aide | DDHABAID | 12.1101 |
| Habilitation Specialist | DDHABSPC | 12.4029 |
| Job Developer | DDJOBDEV | 15.2569 |
| Overnight Asleep Counelsor | DDOASCOU | 10.7635 |
| Overnight Awake Counselor | DDOAWCOU | 11.8731 |
| Registered Nurse Residential | DDRNRESD | 32.0000 |
| Registered Nurse Kelliher | DDRNKELL | 29.0000 |
| Residential Case Manager | DDRESCMG | 13.2457 |
| Residential Counselor | DDRESCOU | 12.0117 |
| Vocational Instructor | DDVOCINS | 12.4029 |
| | | |
| Relief Worker | DDRELIEF | 12.00 |

**Eliot Community Human Services, Inc.**
**Union Jobs Starting Salary - Annual  DMH**
**Effective 7/1/2014**

| Job Title | Job Code | Starting pay |
|---|---|---|
| Job Developer | MHJOBDEV | 31,734.53 |
| Overnight Awake Counselor | MHOAWCOU | 25,406.45 |
| Peer Mentor | MHPEERME | 27,551.27 |
| | | |
| Peer Advocate Clubhouse | MHCHPRAD | 28,930.00 |
| Recovery Coach Clubhouse | MHCHRCCH | 28,930.00 |
| | | |
| Case Manager RESPITE | MHRSPCMG | 36,446.07 |
| LPN RESPITE | MHRSLPN | 51,217.09 |
| Mental Health Specialist II RESPITE | MHRSPMH2 | 30,480.31 |
| Peer Specialist RESPITE | MHRSPPSP | 30,996.88 |
| Registered Nurse RESPITE | MHRSPNUR | 67,879.97 |
| | | |
| Administrative Assistant PACT | MHAAPACT | 28,552.11 |
| Case Manager PACT | MHCMPACT | 36,446.25 |
| Dual Diagnosis Clin PACT | MHDDPACT | 52,237.23 |
| Lead Nurse PACT | MHLNPACT | 68,558.98 |
| LPN PACT | MHLPNPCT | 51,217.29 |
| MA Voc Specialist PACT | MHVSPACT | 49,177.00 |
| Peer Specialist PACT | MHPSPACT | 36,446.25 |
| Registered Nurse PACT | MHRNPACT | 61,418.15 |
| | | |
| Certified Peer Specialist-CBFS | MHPSCBFS | 30,996.95 |
| Clinician  CBFS | MHCLCBFS | 42,419.94 |
| Intensive Case Manager, BA CBFS | MHCMBCBF | 36,446.26 |
| Intensive Case Manager, MA  CBFS | MHCMMCBF | 40,000.00 |
| LPN CBFS | MHLPCBFS | 51,217.29 |
| Mental Health Specialist I CBFS | MHS1CBFS | 28,930.36 |
| Mental Health Specialist II CBFS | MHS2CBFS | 30,480.30 |
| Nutritionist CBFS | MHNUTRIT | 53,000.00 |
| Recovery Specialist CBFS | MHRSCBFS | 28,930.36 |
| Registered Nurse CBFS | MHRNCBFS | 67,880.00 |
| Vocational Specialist I CBFS | MHVS1CBF | 36,163.00 |
| Vocational Specialist II CBFS | MHVS2CBF | 40,400.06 |
| | | |
| Mobile Recovery Case Manager-BA | MHMRCMBA | $36,446.26 |
| Mobile Recovery Case Manager-MA | MHMRCMMA | $40,000.00 |

**Eliot Community Human Services, Inc.**
**Union Jobs Starting Salary - Hourly DMH**
**Effective 7/1/2014**

| Job Title | Job Code | Starting pay |
|---|---|---|
| Job Developer | MHJOBDEV | 15.2570 |
| Overnight Awake Counselor | MHOAWCOU | 12.2146 |
| Peer Mentor | MHPEERME | 13.2458 |
| | | |
| Peer Advocate Clubhouse | MHCHPRAD | 13.9000 |
| Recovery Coach Clubhouse | MHCHRCCH | 13.9000 |
| | | |
| Case Manager RESPITE | MHRSPCMG | 17.5222 |
| LPN RESPITE | MHRSLPN | 24.6236 |
| Mental Health Specialist II RESPITE | MHRSPMH2 | 14.6540 |
| Peer Specialist RESPITE | MHRSPPSP | 14.9023 |
| Registered Nurse RESPITE | MHRSPNUR | 32.6346 |
| | | |
| Administrative Assistant PACT | MHAAPACT | 13.7270 |
| Case Manager PACT | MHCMPACT | 17.5222 |
| Dual Diagnosis Clin PACT | MHDDPACT | 25.1141 |
| Lead Nurse PACT | MHLNPACT | 32.9610 |
| LPN PACT | MHLPNPCT | 24.6237 |
| MA Voc Specialist PACT | MHVSPACT | 23.6428 |
| Peer Specialist PACT | MHPSPACT | 17.5222 |
| Registered Nurse PACT | MHRNPACT | 29.5280 |
| | | |
| Certified Peer Specialist-CBFS | MHPSCBFS | 14.9024 |
| Clinician CBFS | MHCLCBFS | 20.3942 |
| Intensive Case Manager, BA CBFS | MHCMBCBF | 17.5222 |
| Intensive Case Manager, MA CBFS | MHCMMCBF | 19.2308 |
| LPN CBFS | MHLPCBFS | 24.6237 |
| Mental Health Specialist I CBFS | MHS1CBFS | 13.9088 |
| Mental Health Specialist II CBFS | MHS2CBFS | 14.6540 |
| Nutritionist CBFS | MHNUTRIT | 25.4808 |
| Recovery Specialist CBFS | MHRSCBFS | 13.9088 |
| Registered Nurse CBFS | MHRNCBFS | 32.6346 |
| Vocational Specialist I CBFS | MHVS1CBF | 17.3861 |
| Vocational Specialist II CBFS | MHVS2CBF | 19.4231 |
| | | |
| Mobile Recovery Case Manager-BA | MHMRCMBA | 17.5222 |
| Mobile Recovery Case Manager-MA | MHMRCMMA | 19.2308 |
| | | |
| Relief Worker | MHRELIEF | 12.00 |
| The Cottages Relief Workers only | MHRELIEF | 14.32 |

Eliot Community Human Services, Inc.
Union Jobs Starting Salary - Annual  DYS
Effective 7/1/2014

| Job Title | Job Code | Starting pay | |
|---|---|---|---|
| Administrative Assistant | JJADMAST | 27,457.65 | |
| Group Care Worker | JJGCWRKR | 25,405.98 | |
| Group Care Worker I | JJGCWKR1 | 26,754.82 | |
| Group Care Worker II | JJGCWKR2 | 28,389.00 | |
| Residential Clinician | JJRESCLI | 45,000.00 | * |
| Residential Clinician LICSW, LMHC | JJRCLLIC | 47,500.00 | * |
| Residential Cook | JJRSCOOK | 25,490.25 | |
| Transitional Coordinator | JJTRANCO | 28,838.40 | |

*Effective 9/14/14

**Eliot Community Human Services, Inc.**
**Union Jobs Starting Salary - Hourly DYS**
**Effective 7/1/2014**

| Job Title | Job Code | Starting pay | |
|---|---|---|---|
| Administrative Assistant | JJADMAST | 13.2008 | |
| Group Care Worker | JJGCWRKR | 12.2144 | |
| Group Care Worker I | JJGCWKR1 | 12.8629 | |
| Group Care Worker II | JJGCWKR2 | 13.6486 | |
| Residential Clinician | JJRESCLI | 21.6346 | * |
| Residential Clinician LICSW,LMHC | JJRCLLIC | 22.8365 | * |
| Residential Cook | JJRSCOOK | 12.2549 | |
| Transitional Coordinator | JJTRANCO | 13.8646 | |
| | | | |
| Relief Worker | JJRELIEF | 12.00 | |

*Effective 9/14/14

**Eliot Community Human Services, Inc.**
**Union Jobs Starting Salary - Annual  EI**
**Effective 7/1/2014**

| Job Title | Job Code | Starting pay | |
|-----------|----------|--------------|---|
| Administrative Assistant | EIADMAST | 27,456.00 | |
| Dev Specialist BA | EIDVSPBA | 33,280.00 | * |
| Dev Specialist MA | EIDVSPMA | 35,609.60 | * |
| LCSW | EILCSWKR | 40,804.00 | |
| Lead Teacher | EILEADTI | 25,260.23 | |
| LMHC | EILICMHC | 32,654.63 | |
| LICSW | EILICSWK | 40,804.00 | |
| Occupational Therapist | EIOTOTRL | 39,720.25 | |
| Physical Therapist BA | EIPHTHBA | 42,000.00 | * |
| Physical Therapist MA | EIPHTHMA | 47,000.00 | * |
| Physical Therapist DPT | EIPHTDPT | 52,000.00 | * |
| Registered Nurse | EIREGNUR | 61,418.15 | |
| Speech Language Pathologist | EISLPCCC | 39,720.25 | |
| Teacher | EITEACHR | 23,339.89 | |

*Effective 9/14/14

**Eliot Community Human Services, Inc.**
**Union Jobs Starting Salary - Hourly EI**
**Effective 7/1/2014**

| Job Title | Job Code | Starting Pay | |
|---|---|---|---|
| Administrative Assistant | EIADMAST | 13.2000 | |
| Dev Specialist BA | EIDVSPBA | 16.0000 | * |
| Dev Specialist MA | EIDVSPMA | 17.1200 | * |
| LCSW | EILCSWKR | 19.6173 | |
| Lead Teacher | EILEADTI | 12.1443 | |
| LMHC | EILICMHC | 15.6993 | |
| LICSW | EILICSWK | 19.6173 | |
| Occupational Therapist | EIOTOTRL | 19.0962 | |
| Physical Therapist BA | EIPHTHBA | 20.1924 | * |
| Physical Therapist MA | EIPHTHMA | 22.5962 | * |
| Physical Therapist DPT | EIPHTDPT | 25.0000 | * |
| Registered Nurse | EIREGNUR | 29.5279 | |
| Speech Language Pathologist | EISLPCCC | 19.0962 | |
| Teacher | EITEACHR | 11.2211 | |
| | | | |
| Relief Worker | EIRELIEF | 12.00 | |

*Effective 9/14/14

**Eliot Community Human Services, Inc.**
**Union Jobs Starting Salary - Annual  HLS**
**Effective 7/1/2014**

| Job Title | Job Code | Starting pay |
|---|---|---|
| Administrator I | HLADMIN1 | 27,386.79 |
| Benefits Specialist | HLBENSPE | 39,049.91 |
| Housing Court Clinician | HLHCCLIN | 41,052.95 |
| Outreach Clinician ASO | HLCLIASO | 37,773.63 |
| Outreach Clinician PATH | HLCLIPAT | 39,049.91 |
| Outreach Worker ASO | HLOWKASO | 28,434.96 |
| Outreach Worker PATH | HLOWPATH | 30,679.41 |
| Shelter Specialist | HLSHESPE | 39,049.91 |
| Woman's Advocate | HLWOMADV | 26,650.56 |

**Eliot Community Human Services, Inc.**
**Union Jobs Starting Salary - Hourly HLS**
**Effective 7/1/2014**

| Job Title | Job Code | Starting Pay |
|---|---|---|
| Administrator I | HLADMIN1 | 13.1667 |
| Benefits Specialist | HLBENSPE | 18.7740 |
| Housing Court Clinician | HLHCCLIN | 19.7369 |
| Outreach Clinician ASO | HLCLIASO | 18.1604 |
| Outreach Clinician PATH | HLCLIPAT | 18.7740 |
| Outreach Worker ASO | HLOWKASO | 13.6707 |
| Outreach Worker PATH | HLOWPATH | 14.7497 |
| Shelter Specialist PATH | HLSHESPE | 18.7740 |
| Women's Advocate | HLWOMADV | 12.8128 |
| | | |
| Relief Worker | HHRELIEF | 12.00 |
| Safe Haven Relief | HHRELIEF | 12.20 |