**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MORIAMO L. ABABIO,<br><br>Plaintiff,<br><br>v.<br><br>ELIOT COMMUNITY HUMAN SERVICES, INC., JOSEPH DODD, and AARON KATZ<br><br>Defendants. | Civil Action No.1:16-cv-12539 |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Defendant Eliot Community Human Services, Inc. hereby states that it has no parent corporation and no publicly held corporation owns 10% or more of its equity.

Dated: December 16, 2016

Respectfully submitted,

ELIOT COMMUNITY HUMAN SERVICES, INC., JOSEPH DODD, and AARON KATZ

By their attorneys,

*/s/ Jenny K. Cooper*____________________
Jenny K. Cooper (BBO#646860)
Aaron G. Gingrande (BBO# 688340)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Jenny.Cooper@ropesgray.com
Aaron.Gingrande@ropesgray.com

**CERTIFICATE OF SERVICE**

I, Jenny K. Cooper, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated: December 16, 2016

*/s/ Jenny K. Cooper*
Jenny K. Cooper