**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MORIAMO L. ABABIO,<br><br>    Plaintiff,<br><br>v.<br><br>ELIOT COMMUNITY HUMAN SERVICES, INC., JOSEPH DODD, and AARON KATZ<br><br>    Defendants. | Civil Action No. 1:16-cv-12539 |

## NOTICE OF APPEARANCE

Please enter the appearance of Aaron G. Gingrande as attorney for Defendants Eliot Community Human Services, Inc., Joseph Dodd, and Aaron Katz (erroneously denominated in the Complaint as "Erin"), in the above-entitled action.

Dated: December 16, 2016

                                        ELIOT COMMUNITY HUMAN SERVICES, INC., JOSEPH DODD, and AARON KATZ

                                        By their attorneys,

                                        */s/ Aaron G. Gingrande*
                                        Jenny K. Cooper (BBO#646860)
                                        Aaron G. Gingrande (BBO# 688340)
                                        ROPES & GRAY LLP
                                        Prudential Tower
                                        800 Boylston Street
                                        Boston, MA 02199-3600
                                        Telephone: (617) 951-7000
                                        Facsimile: (617) 951-7050
                                        Jenny.Cooper@ropesgray.com
                                        Aaron.Gingrande@ropesgray.com

## **CERTIFICATE OF SERVICE**

      I, Aaron G. Gingrande, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated:  December 16, 2016             */s/ Aaron G. Gingrande*
                                                           Jenny K. Cooper