**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MORIAMO L. ABABIO,<br><br>Plaintiff,<br><br>v.<br><br>ELIOT COMMUNITY HUMAN SERVICES, INC., JOSEPH DODD, and AARON KATZ<br><br>Defendants. | Civil Action No. 16-cv-12539-RGS |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Eliot Community Human Services, Inc. ("Eliot"), Joseph Dodd, and Aaron Katz, who is incorrectly denominated in the Complaint as "Erin" (together, the "Defendants"), hereby move to dismiss Plaintiff Moriamo Ababio's Complaint. In support of their motion, Defendants rely on their Memorandum of Law in Support of Defendants' Motion to Dismiss submitted herewith.

WHEREFORE, Defendants respectfully request that:

A. Defendants' Motion to Dismiss be GRANTED in its entirety and Plaintiff's Complaint be DISMISSED WITH PREJUDICE as it relates to the Defendants; and

B. The Court grant such other and further relief as the Court deems just and proper.

Dated: December 23, 2016

Respectfully submitted,

ELIOT COMMUNITY HUMAN SERVICES, INC., JOSEPH DODD, and AARON KATZ

By their attorneys,

*/s/ Jenny K. Cooper*___________________

Jenny K. Cooper (BBO#646860)
Aaron G. Gingrande (BBO# 688340)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Jenny.Cooper@ropesgray.com
Aaron.Gingrande@ropesgray.com

**CERTIFICATE OF SERVICE**

I, Jenny K. Cooper, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated: December 23, 2016

*/s/ Jenny K. Cooper*
Jenny K. Cooper