12-31-16

Moriamo Linda Ababio
71 hancock St #6
Braintree MA. 02184

16 CV 12539
RGS

Dear Sir/Madam

I want my case to be return to the quincy court house because I have health issues and also donot have transportat and I have no baby sitter for my kids considering the distance that I have to travel. The quincy court house more convenient and close by my arear. Moreover the claim is only a small amout that I filed for, it does not need a Federa court house to settle it

Yours Sincerely

Moriamo Ababio

FILED
IN CLERKS OFFICE
2016 DEC 30 PM 4 15
U.S. DISTRICT COURT
DISTRICT OF MASS.